IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., | 2007 AUG 17 A 11: 31 |
| Plaintiff, | |
| -vs- | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |
| ROBERT J. SCOTZ, | Case No. 2:07-cv-740-MHT |
| Defendant. | |

# COMPLAINT

COMES NOW the Plaintiff, General Parts, Inc., by and through its counsel of record, and for its Complaint states the following:

## PARTIES

1. Plaintiff General Parts, Inc. (hereinafter "GPI") is a corporation organized and existing under the laws of the state of North Carolina, with its principal place of business in Raleigh, North Carolina.

2. Defendant Robert J. Scotz is over the age of nineteen (19) and is a resident citizen of Prattville, Autauga County, Alabama.

## JURISDICTION

3. Jurisdiction of this Honorable Court is evoked pursuant to 28 U.S.C. § 1332(a) in that the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs and is between citizens of different states.

## VENUE

4. Venue is proper in the Middle District of Alabama in that all actions complained of herein occurred in Montgomery, Montgomery County, Alabama.

## FACTUAL BACKGROUND

5. Defendant Scotz was employed as an account manager working in the accounting office of the Montgomery, Alabama distribution center for Plaintiff GPI from June 1993 until January 2007 when the office closed and Defendant Scotz was transferred to Raleigh. However, since his family

was unable to relocate he was allowed to work in the old Montgomery office one week out of each month from January until his termination on July 3, 2007.

6. In July of 2007, the Director of Accounts Payable for GPI uncovered an unauthorized check written on one of GPI's accounts.

7. Upon investigation of the unauthorized check it was determined that a check in the amount of $18,453.35 had been made payable to Robert Scotz, endorsed by Mr. Scotz and deposited in his bank account at Regions Bank in Prattville, Alabama. GPI stopped payment on said $18,453.35 check prior to said check clearing GPI's bank.

8. Internal auditors of GPI began an investigation in checking accounts utilized by the Montgomery, Alabama distribution center and determined that between March 2005 and March 2007, Defendant Scotz, through the use of fraudulent, deceptive, illegal and unethical practices, misappropriated, stole, and/or wrongfully converted to his own use and benefit funds of Plaintiff GPI amounting to $238,876.23.

9. On July 3, 2007, Robert McCort, Direct of Loss Prevention for Plaintiff GPI confronted Defendant Scotz regarding the $18,454.35 check deposited to his Regions Bank account and Defendant Scotz admitted that he had used transparencies to trace authorized signatures on the check which was deposited to his account.

10. Defendant Scotz's employment with Plaintiff GPI was terminated on July 3, 2007.

11. As a result of the ensuing investigation which revealed the illegal and unauthorized appropriation of $238,876.23 in funds rightfully belonging to and the properly of GPI, GPI files this Complaint for recovery of its property against Defendant Scotz.

## COUNT I
## CONVERSION

12. Plaintiff hereby reallege and adopt by reference as though set forth fully herein the allegations in paragraphs one through eleven.

13. Between on or about November 1, 2005 and January 3, 2007 Defendant Scotz converted to his own use cash funds of GPI of the value of $225,880.65, the property of Plaintiff.

14. Said conversion was without the knowledge and/or consent of GPI.

WHEREFORE, The Plaintiff demands judgment against the Defendant in the sum of $225,880.65, interest, costs and such other damages to which this Honorable Court may deem Plaintiff entitled.

## COUNT II
### UNJUST ENRICHMENT

15. Plaintiff hereby reallege and adopt by reference as though set forth fully herein the allegations in paragraphs one through thirteen.

16. Between on or about November 1, 2005 and July 3, 2007 Defendant Scotz illegally, wrongfully, unknowingly, and without authority, appropriated to his own use and benefit cash funds of GPI in the amount of $225,880.65 thereby resulting in an unjust enrichment to Defendant in the amount of said $225,880.65 and a corresponding detriment and loss to Plaintiff GPI in said amount.

WHEREFORE, The Plaintiff demands judgment against the Defendant in the sum of $225,880.65, interest, costs and such other damages to which this Honorable Court may deem Plaintiff entitled.

## COUNT III
### FRAUD AND DECEPTION

17. Plaintiff hereby reallege and adopt by reference as though set forth fully herein the allegations in paragraphs one through fifteen.

18. Between on or about March 3, 2005 and March 16, 2007 Defendant Scotz through the use of fraudulent, deceptive and unauthorized practices wrongfully appropriated the sum of $238,876.23 for his use and benefit, without the knowledge of Plaintiff GPI, by fraudulently and deceptively copying authorized signatory names to checks made payable to either Defendant Scotz or an entity with whom said Defendant Scotz had an account thereby resulting in a direct and immediate benefit to Scotz in the amount of $238,876.23.

19. As a direct and proximate consequence of the fraud and deceptive practices of Defendant Scotz, Plaintiff GPI has suffered the loss of $238,876.23 in cash funds.

20. Plaintiff GPI did not know of and should not have known of the fraudulent and deceptive practices of Defendant Scotz prior to June 28, 2007.

WHEREFORE, These Premises Considered, Plaintiff demands judgment against Defendant Scotz in the sum of $238,876.23, interest, costs and such other damages to which this Honorable Court may deem Plaintiff entitled.

DATED THIS the 17th day of August, 2007.

GENERAL PARTS, INC., Plaintiff,

By: _____
James R. Seale (3617-E-68J)
HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
**Counsel for Plaintiff**
wwm/8620.0002/g:Complaint.wpd

SERVICE UPON DEFENDANT:
   via **CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Robert Scotz
615 Shelia Boulevard
Prattville, Alabama 36066

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000168
Cashier ID: brobinso
Transaction Date: 08/17/2007
Payer Name: HILL HILL CARTER FRANCO COLE
--------------------------------------
CIVIL FILING FEE
 For: HILL HILL CARTER FRANCO COLE
 Case/Party: D-ALM-2-07-CV-000740-001
 Amount:        $350.00
--------------------------------------
CHECK
 Check/Money Order Num: 8748
 Amt Tendered:  $350.00
--------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

GENERAL PARTS V. SCOTZ
```