✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

General Parts, Inc.

V.

Robert J. Scotz

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-740-MHT

TO: (Name and address of Defendant)

Robert J. Scotz
615 Shelia Boulevard
Prattville, Alabama 36066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Seale
Hill, Hill, Carter
　Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  8-20-07