IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., <br>     Plaintiff, <br> -vs- <br> ROBERT J. SCOTZ, <br>     Defendant. | Case No. 2:07-cv-740 |

## FIRST AMENDMENT TO COMPLAINT

COMES NOW the Plaintiff, General Parts, Inc., in the above-styled cause, by and through its counsel of record, and amends its Complaint heretofore filed by adding Count IV as follows:

### COUNT IV

21.  Plaintiff hereby realleges and adopts by reference as though set forth fully herein the allegations in paragraphs one through twenty.

22.  Defendant Robert J. Scotz ("Scotz") and his wife, Elaine Folmar Scotz, held title as joint tenants in common to real estate located at 615 Sheila Boulevard, Prattville, Alabama and more particularly described as follows:

> Lot 6, Block 9, replat of revised amended correction map of Prattville East Plat 2, as the same is recorded in Map Book 3, at Page 139, in the Office fo the Judge of Probate of Autauga County, Alabama.

23.  On December 10, 2002, said Robert J. Scotz and Elaine Scotz executed a mortgage in the amount of $72,000.00 on the above-described real property in favor of AmSouth Bank. Said AmSouth Bank mortgage was assigned to Fidelity Bank of Wichita, Kansas on August 1, 2003.

24.  On or about January 18, 2007, Defendant Robert Scotz misappropriated, embezzled and/or stole funds in the amount of $43,134.91 from Plaintiff by forging authorized signatures to check number 6013 on one of Plaintiff's checking accounts and issuing said check 6013 to Fidelity Bank to payoff the December 2002 mortgage.

25.  On April 2, 2007, a Satisfaction of the December 10, 2002 mortgage to AmSouth was recorded in the Office of the Judge of Probate of Autauga County, Alabama in Real Property Book 2007, at Page 3041 by Fidelity Bank.

26.    On June 4, 2007, one month prior to discovery of Defendant Scotz's larcenous and unauthorized conduct, Robert J. Scotz transferred his undivided one-half interest in 615 Sheila Boulevard, Prattville, Alabama to his wife, Elaine Folmar Scotz.

27.    On information and belief, Defendant Scotz has given a signed confession to Detective John W. Hall of the Montgomery Police Department and has admitted to writing all checks, including check 6013, totaling $238,876.23, without authority of General Parts.  Defendant Scotz is presently incarcerated in the Montgomery County Detention Facility.

28.    Said transfer was made in anticipation of the discovery of Defendant Scotz's larcenous and unauthorized conduct and in an attempt to defraud Plaintiff and other creditors of claims they may have against the real property in question.

WHEREFORE, These Premises Considered, Plaintiff requests this Honorable Court to enter an Order setting aside as void Defendant's transfer of his undivided one-half interest in the real property described in Count IV, paragraph 22 above and recorded in Real Property Book 2007, at Page 6664, on June 8, 2007 in the Office of the Judge of Probate of Autauga County, Alabama.

DATED THIS the 26th day of September, 2007.

GENERAL PARTS, INC., Plaintiff,

By: /S/ James R. Seale
James R. Seale (3617-E-68J)
HILL, HILL, CARTER,
 FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Plaintiff
wwm/8620.0002/g:Complaint-First Amendment.wpd

SERVICE UPON DEFENDANT:
Robert J. Scotz
c/o Montgomery County Jail
250 South McDonough Street
Montgomery, Alabama 36104