AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

General Parts, Inc.

V.

Robert J. Scotz

*alias*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:07-cv-740

TO: (Name and address of Defendant)

Robert J. Scotz
c/o Montgomery County Jail
250 South McDonough Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Seale
Hill, Hill, Carter
    Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  9/26/2007

SCANNED

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 9/26/2007 |
| NAME OF SERVER (PRINT) Ernest Purnell | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    Montgomery County Jail - c/o Sgt. Owens

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/26/2007
              Date                    Signature of Server

425 South Perry Street, Montgomery, AL 36104
Address of Server

**RETURNED AND FILED**

**SEP 2 6 2007**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.