In the United States
District Court for the Middle
District of Alabama

General Parts Inc

vs.                                 Case: 2:07-cv-740

Robert Jay Scott

RECEIVED
2007 OCT 15 A 9:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## A Response to Summons

Comes now the petitioner, Robert Jay Scott [Pro-se] in the above styled cause seeking to inform this Honourable Court that he is in fact in opposition to the Plaintiff's claim to set aside as void the petitioner's transfer of his undivided one-half interest in real property described in their count "H" paragraph 22.

The petitioner states that the Plaintiffs have not offered proof or cause to seek an order setting aside said transfer.

The petitioner states the burden of proof is on the plaintiff to show cause according to the Federal Rules of Civil Procedure. However, the petitioner asserts said transfer of title was not an attempt to defraud any creditors of claims they may have against the property in question.

The Petitioner further asserts he has a credit score of 792 out of 850 points, with no prior malfeasance or criminal history involving fradulent practises.

9

The petitioner further asserts, records will show prior to July 28, 2007 the date criminal proceedings were initiated, the petitioner did in fact in word and deed transfer title to his spouse (Elaine Scott) as recorded by the Autauga County's Probate Office.

The petitioner attests on Dec 21, 2006 proceedings commenced on title transfer and on that same day the deed was transferred to the petitioner and his spouse. The said deed was then transferred without larcenous intent to Elaine Scott, initiated on or around May 15, 2007 and finalized on June 10, 2007 as recorded by the Autauga County's Probate Office.

The petitioner further asserts that there is or was no intent on his behalf to deprive nor mislead any creditors any monies nor the use of fraudulent conduct concerning the property at 615 Sheila Blvd., Prattville, Alabama 36066.

The petitioner asserts the Plaintiffs are using allegations of trying to defraud creditors which is untrue and not sufficient to justify voiding the petitioner's transfer of his undivided one-half interest in the above property.

Therefore, the petitioner prays this Honorable Court denies the Plaintiffs unsubstantiated Request to set aside transfer.

    I certify the above is true and factual suitable for a Court of Law and copies were made available to: A certificate of Service.

James R. Seale (3617-E-68S)
Hill, Hill, Carter, Franco, Cole and Black, P.C.
Post Office Box 116
Montgomery, Al 36101-0116

Date: 10/11/07        Signed: Robert Vaughn