In the United States District Court in the Middle District of Alabama

RECEIVED
2007 OCT 15 A 9:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

General Parts Inc

vs.                                    Case # 2:07-cv-740

Robert Jay Scotz

### A Motion for an Injunction

Comes now the Petitioner, Robert Jay Scotz; [PRO-SE] in the above-styled cause seeking to move this Honourable Court to grant an Injunction regarding the Plaintiff's assets, or Spouse's Elaine Scotz' assets - albeit; Banking Accounts, Checking Accounts, savings accounts, Stock in General Parts, Inc., Employee Stock Options Program (ESOP), (A Retirement fund) for General Parts Inc., and an LLC. (A Partnership in General Parts, Inc.)

The Petitioner asserts the above should be left free and clear of any sanctions due to this Civil proceeding nor should at anytime deemed vulnerable to the attack by the Plaintiffs.

The Petitioner asserts the Plaintiffs attempts to void the Petitioner's transfer of real property and the allegation's that ~~fostered~~ the attempt are indicative of the mindset that may lead to some future litigations regarding the above assets.

10

Therefore the petitioner prays this Honourable Court grants this injunction and prohibits any future litigation or attack on/or concerning the above assets.

I certify that the above is true and factual, suitable for a Court of Law and that copies or a <u>Certificate of Service</u> were presented to:

James R. Seale (3617-E-68S)
Hill, Hill, Carter, Franco, Cole, and Black, P.C.
Post Office Box 116
Montgomery, Alabama
36101-0116

Date: 10/11/07    Signed Robert Jay Scott