In the District Court
of the Middle District
for Montgomery Alabama

RECEIVED
2007 OCT 15 A 9:33
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

General Parts, Inc )
vs )  Case # 2:07-cv-740
Robert Jay Scotz )

## Motion For Counsel

Comes now the Petitioner, Robert Jay Scotz [Pro-se] in the above mentioned cause seeking to move this Honourable Court to allow the Petitioner an Attorney to Represent him during these Civil Proceedings.

The Petitioner Re-asserts he does not have the appropriate funds to procure any type of counsel nor pay fees that will occur when filing [PRO-SE] litigations.

Therefore; the Petitioner prays this Honourable Court appoints Counsel since he cannot afford one to Represent him. We pray this Honourable Court grant this cause to insure a fair trial and proceedings as guaranteed by the Constitution of these United States.

I certify the above is true and factual suitable for a Court of Law and copies of a Certificate of Service were presented to:

James R. Seale (3417-E-69S)
Hill, Hill, Carter, Franco, Cole and Black, P.C.
P.O. Box 116
Montgomery, Alabama 36101-0116

Date: 10/11/07        Signed Robert _____