IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:07-cv-740-MHT |
| | ) |
| ROBERT J. SCOTZ | ) |
| | ) |
| Defendant. | ) |

## ORDER

The *First Amendment to Complaint* (Doc. 6, filed September 26, 2007) is hereby striken as per Local Rule 15.1. Plaintiff is directed to file an Amended Complaint which complies with the requirements of Local Rule 15.1.

DONE this 22nd day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE