IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GENERAL PARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-cv-740-MHT |
| | ) | |
| ROBERT J. SCOTZ | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is **ORDERED** that the parties shall convene for a Scheduling Conference and Hearing on Plaintiff's *Motion for an Injunction* (Doc. 10, filed October 15, 2007) on **November 15, 2007 at 9:00 a.m.** The conference shall be held in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney. The parties should be prepared to discuss the Rule 26(f) Report and the scheduling of deadlines in this case as well as the request for an injunction. Plaintiff General Parts, Inc. may file a response to the motion for an injunction on or before **November 2, 2007**.

DONE this 22nd day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE