IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-740-MHT |
| | ) |
| ROBERT J. SCOTZ | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court has received notice that the Defendant's address may have changed. As such, the Clerk is directed to send the Court's orders dated October 22, 2007 (Docs. 13-16) to Defendant's address listed on file as well as c/o Montgomery County Jail, 250 South McDonough Street, Montgomery, Alabama 36104.

Defendant Robert Scotz is further **ORDERED** to file with the Clerk a notice of change of address providing the Court with the correct address where he should receive service. Moreover, he is instructed to keep an updated address with the court should his address change.

DONE this 22nd day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE