IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., <br>     Plaintiff, <br> -vs- <br> ROBERT J. SCOTZ, <br>     Defendant. | Case No. 2:07-cv-740-MHT |

## SECOND AMENDMENT TO COMPLAINT

COMES NOW the Plaintiff, General Parts, Inc., in the above-styled cause, by and through its counsel of record, and amends its Complaint heretofore filed by adding Count IV as follows:

### PARTIES

1. Plaintiff General Parts, Inc. (hereinafter "GPI") is a corporation organized and existing under the laws of the state of North Carolina, with its principal place of business in Raleigh, North Carolina.

2. Defendant Robert J. Scotz is over the age of nineteen (19) and is a resident citizen of Prattville, Autauga County, Alabama.

### JURISDICTION

3. Jurisdiction of this Honorable Court is evoked pursuant to 28 U.S.C. § 1332(a) in that the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs and is between citizens of different states.

### VENUE

4. Venue is proper in the Middle District of Alabama in that all actions complained of herein occurred in Montgomery, Montgomery County, Alabama.

### FACTUAL BACKGROUND

5. Defendant Scotz was employed as an account manager working in the accounting office of the Montgomery, Alabama distribution center for Plaintiff GPI from June 1993 until January 2007 when the office closed and Defendant Scotz was transferred to Raleigh. However, since his family

was unable to relocate he was allowed to work in the old Montgomery office one week out of each month from January until his termination on July 3, 2007.

6. In July of 2007, the Director of Accounts Payable for GPI uncovered an unauthorized check written on one of GPI's accounts.

7. Upon investigation of the unauthorized check it was determined that a check in the amount of $18,453.35 had been made payable to Robert Scotz, endorsed by Mr. Scotz and deposited in his bank account at Regions Bank in Prattville, Alabama. GPI stopped payment on said $18,453.35 check prior to said check clearing GPI's bank.

8. Internal auditors of GPI began an investigation in checking accounts utilized by the Montgomery, Alabama distribution center and determined that between March 2005 and March 2007, Defendant Scotz, through the use of fraudulent, deceptive, illegal and unethical practices, misappropriated, stole, and/or wrongfully converted to his own use and benefit funds of Plaintiff GPI amounting to $238,876.23.

9. On July 3, 2007, Robert McCort, Direct of Loss Prevention for Plaintiff GPI confronted Defendant Scotz regarding the $18,454.35 check deposited to his Regions Bank account and Defendant Scotz admitted that he had used transparencies to trace authorized signatures on the check which was deposited to his account.

10. Defendant Scotz's employment with Plaintiff GPI was terminated on July 3, 2007.

11. As a result of the ensuing investigation which revealed the illegal and unauthorized appropriation of $238,876.23 in funds rightfully belonging to and the properly of GPI, GPI files this Complaint for recovery of its property against Defendant Scotz.

## COUNT I
## CONVERSION

12. Plaintiff hereby reallege and adopt by reference as though set forth fully herein the allegations in paragraphs one through eleven.

13. Between on or about November 1, 2005 and January 3, 2007 Defendant Scotz converted to his own use cash funds of GPI of the value of $225,880.65, the property of Plaintiff.

14. Said conversion was without the knowledge and/or consent of GPI.

WHEREFORE, The Plaintiff demands judgment against the Defendant in the sum of $225,880.65, interest, costs and such other damages to which this Honorable Court may deem Plaintiff entitled.

## COUNT II
## UNJUST ENRICHMENT

15.  Plaintiff hereby reallege and adopt by reference as though set forth fully herein the allegations in paragraphs one through thirteen.

16.  Between on or about November 1, 2005 and July 3, 2007 Defendant Scotz illegally, wrongfully, unknowingly, and without authority, appropriated to his own use and benefit cash funds of GPI in the amount of $225,880.65 thereby resulting in an unjust enrichment to Defendant in the amount of said $225,880.65 and a corresponding detriment and loss to Plaintiff GPI in said amount.

WHEREFORE, The Plaintiff demands judgment against the Defendant in the sum of $225,880.65, interest, costs and such other damages to which this Honorable Court may deem Plaintiff entitled.

## COUNT III
## FRAUD AND DECEPTION

17.  Plaintiff hereby reallege and adopt by reference as though set forth fully herein the allegations in paragraphs one through fifteen.

18.  Between on or about March 3, 2005 and March 16, 2007 Defendant Scotz through the use of fraudulent, deceptive and unauthorized practices wrongfully appropriated the sum of $238,876.23 for his use and benefit, without the knowledge of Plaintiff GPI, by fraudulently and deceptively copying authorized signatory names to checks made payable to either Defendant Scotz or an entity with whom said Defendant Scotz had an account thereby resulting in a direct and immediate benefit to Scotz in the amount of $238,876.23.

19.  As a direct and proximate consequence of the fraud and deceptive practices of Defendant Scotz, Plaintiff GPI has suffered the loss of $238,876.23 in cash funds.

20.  Plaintiff GPI did not know of and should not have known of the fraudulent and deceptive practices of Defendant Scotz prior to June 28, 2007.

WHEREFORE, These Premises Considered, Plaintiff demands judgment against Defendant Scotz in the sum of $238,876.23, interest, costs and such other damages to which this Honorable Court may deem Plaintiff entitled.

## COUNT IV

21. Plaintiff hereby realleges and adopts by reference as though set forth fully herein the allegations in paragraphs one through twenty.

22. Defendant Robert J. Scotz ("Scotz") and his wife, Elaine Folmar Scotz, held title as joint tenants in common to real estate located at 615 Sheila Boulevard, Prattville, Alabama and more particularly described as follows:

> Lot 6, Block 9, replat of revised amended correction map of Prattville East Plat 2, as the same is recorded in Map Book 3, at Page 139, in the Office fo the Judge of Probate of Autauga County, Alabama.

23. On December 10, 2002, said Robert J. Scotz and Elaine Scotz executed a mortgage in the amount of $72,000.00 on the above-described real property in favor of AmSouth Bank. Said AmSouth Bank mortgage was assigned to Fidelity Bank of Wichita, Kansas on August 1, 2003.

24. On or about January 18, 2007, Defendant Robert Scotz misappropriated, embezzled and/or stole funds in the amount of $43,134.91 from Plaintiff by forging authorized signatures to check number 6013 on one of Plaintiff's checking accounts and issuing said check 6013 to Fidelity Bank to payoff the December 2002 mortgage.

25. On April 2, 2007, a Satisfaction of the December 10, 2002 mortgage to AmSouth was recorded in the Office of the Judge of Probate of Autauga County, Alabama in Real Property Book 2007, at Page 3041 by Fidelity Bank.

26. On June 4, 2007, one month prior to discovery of Defendant Scotz's larcenous and unauthorized conduct, Robert J. Scotz transferred his undivided one-half interest in 615 Sheila Boulevard, Prattville, Alabama to his wife, Elaine Folmar Scotz.

27. On information and belief, Defendant Scotz has given a signed confession to Detective John W. Hall of the Montgomery Police Department and has admitted to writing all checks, including check 6013, totaling $238,876.23, without authority of General Parts. Defendant Scotz is presently incarcerated in the Montgomery County Detention Facility.

28. Said transfer was made in anticipation of the discovery of Defendant Scotz's larcenous and unauthorized conduct and in an attempt to defraud Plaintiff and other creditors of claims they may have against the real property in question.

WHEREFORE, These Premises Considered, Plaintiff requests this Honorable Court to enter an Order setting aside as void Defendant's transfer of his undivided one-half interest in the real property described in Count IV, paragraph 22 above and recorded in Real Property Book 2007, at Page 6664, on June 8, 2007 in the Office of the Judge of Probate of Autauga County, Alabama.

DATED THIS the 22nd day of October, 2007.

GENERAL PARTS, INC., Plaintiff,

By: /S/ *James R. Seale*
James R. Seale (3617-E-68J)
HILL, HILL, CARTER,
   FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Plaintiff
wwm/8620.0002/g:Complaint-Second Amendment.wpd

SERVICE UPON DEFENDANT:
  via **PERSONAL SERVICE**
Robert Jay Scotz
c/o Montgomery County Detention Facility
250 South McDonough Street
Montgomery, Alabama 36104