AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

General Parts, Inc.

V.

Robert J. Scotz

ALIAS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-740 -mht

TO: (Name and address of Defendant)

Robert J. Scotz
c/o Montgomery County Jail
250 South McDonough Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Seale
Hill, Hill, Carter
   Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              10/23/2007

CLERK                                                          DATE

_[signature]_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10/23/2007 |
| NAME OF SERVER (PRINT) ~~Ernest Purnell~~ Christian Morgan | TITLE | Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:
   Montgomery County Jail - c/o _G. M. Ford_

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/2007   _[signature]_
            Date          Signature of Server

                425 South Perry Street, Montgomery, AL 36104
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.