**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert J. Scotz
   615 Sheila Boulevard
   Prattville, AL 36066

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Elaine Scotz*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    12-24-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07cv740
   13,14,15 +16 order + app IFP

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0000 0024 9568

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540