IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-cv-740-MHT |
| ) | |
| ROBERT J. SCOTZ ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is **ORDERED** that the hearing and scheduling conference set for **November 15, 2007 at 9:00 a.m.** is hereby **CANCELLED**. In addition, the Order requiring a Rule 26(f) Report by November 12, 2007 is hereby **VACATED**.

Plaintiff General Parts, Inc. shall still file a response to the motion for an injunction on or before **November 2, 2007**.

The Clerk is directed to send this Order to Defendant's address listed on file as well as c/o Montgomery County Jail, 250 South McDonough Street, Montgomery, Alabama 36104.

DONE this 29th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE