In The United States District Court
For the Middle District of Alabama
Norther Division

RECEIVED
2007 NOV -5 A 10: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

General Parts Inc.

vs.                                Case: 2:07-cv-740-MHT

Robert Jay Scott

## A Response to Summons

Comes now the Petitioner, Robert Jay Scott, [PRO-SE] once again in the above styled cause seeking to inform this Honorable Court he is in fact in opposition to the Plaintiffs claim to set aside as void the Petitioner's transfer of his undivided one-half interest in real property described in their count IV paragraph 22.

The Petitioner states the Plaintiff has not offered substantial proff or cause to seek an order setting aside said transfer.

The Petitioner states the burden of proff is on the Plaintiff to show cause according to the Federal Rules of Civil Procedure. However, the Petitioner asserts said transfer of title was not an attempt to defraud the Plaintiff or any other creditor of claims they may have against the property in question.

The Petitioner further asserts he has a credit rating of 792 out of 850 points. The Petitioner also states he has always maintained an excellent credit rating with no defaults. He also has had no prior malfeseance or any criminal history

The Petitioner further asserts records will show prior to July 25th 2007 the date criminal proceedings were initiated, the Petitioner did in fact in word and deed transfer title to his Spouse (Elaine Scott) as recorded by the Autauga County Probate Office

The Petitioner attests, on December 21st 2006 proceedings commenced for deed transfer. Also on December 21st 2006 Petitioner Requested the deed to be transferred into the name of Elaine Scott, However because the deed holder could not automatically transfer deed into spouse's name on April 2nd 2007 the deed was transferred to the Petitioner and his spouse. The said deed was then transferred without larcenous intent to Elaine Scott iniated on May 15th, 2007 and finalized on June 10th 2007 as Recorded by the Autauga County Probate Office.

The Petitioner further assects there was no intent on his behalf to deprive nor mislead any creditors with the use of fraudelent conduct concerning the property at 615 Sheila Blvd, Prattville, Ala 36066. The Petitioner asserts the Plaintiff are once again using aronious and bogus allegations concerning attempts to defraud creditors which has not been substantiated. The Plaintiff's are once again attempting to prod this Honorable Court to void the Petitioners transfer of his undivided one-half interest in the above property.

Therefore, the petitioner prays this Honorable Court denies the Plaintiffs request to set aside transfer.

I certify the above is true and factual suitable for a court of law and copies were made available to

James R Seale (3617-E-68J)
Hill, Hill, Franco, Cole, and Black P.C.
P.O. Box 116
Montgomery, Alabama 36101-0116

10/31/07                    Robert Jay Scott

Inmate name
PO Box 4599
Montgomery, AL 36103

INMATE MAIL

36101-0711

Office of the Clerk
United States District Court
Attn: Mrs. Hackett
PO Box 711
Montgomery, AL 36101-0711



MONTGOMERY AL
02 NOV 2007 PM
USA 41