IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., <br>     Plaintiff, <br> -vs- <br> ROBERT J. SCOTZ, <br>     Defendant. | Case No. 2:07-cv-740-MHT |

# GENERAL PARTS INC'S
# CORPORATE DISCLOSURE STATEMENT

COMES NOW the Plaintiff, General Parts, Inc., and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order Miscellaneous Case No. 00-3047.

**The following entities and their relationship to the party are hereby reported:**

| Reportable Entity | Relationship to Party |
|---|---|
| General Parts International, Inc. | Parent company |

DATED THIS the 7th day of November, 2007.

GENERAL PARTS, INC., Plaintiff,

By: /S/ *James R. Seale*
    James R. Seale (3617-E-68J)
    HILL, HILL, CARTER,
       FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
**Counsel for Plaintiff**
wwm/8620.0002/g:Corporate Disclosure Statement.wpd

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this date electronically filed the foregoing *General Parts Inc's Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to all counsel of record, and/or I have mailed the same to non-CM/ECF participants via United States Mail, properly addressed and first class postage prepaid this the 7th day of November, 2007, to wit:

    Robert Jay Scotz
    c/o Montgomery County Detention Facility
    250 South McDonough Street
    Montgomery, Alabama 36104

    /S/ *James R. Seale*