IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GENERAL PARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-cv-740-MHT |
| | ) | [wo] |
| ROBERT J. SCOTZ | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on November 9, 2007 (Doc. 28), and upon an independent and de novo review of the file in this case, said Recommendation is hereby adopted, and it is the **ORDER** of this court that

1. Defendant's *Motion for an Injunction* (Doc. 10) is **DENIED**;

2. Plaintiff's *Motion to Strike Defendant's Motion for Injunctive Relief* (Doc. 24) is **DENIED as moot**; and

3. This case is **REFERRED BACK** to the Magistrate Judge for additional proceedings.

DONE, this the 30th day of November. 2007.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE