IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., <br>     Plaintiff, <br> *-vs-* <br> ROBERT J. SCOTZ, <br>     Defendant. | Case No. 2:07-cv-740-MHT |

## MOTION REQUESTING ORDER SETTING RULE 26(F) PARTIES' PLANNING MEETING

COMES NOW the Plaintiff, General Parts, Inc., by and through its counsel of record and moves this Honorable Court to enter an Order setting a date by which the parties should submit their Rule 26(f) Report so that discovery can commence in this matter.

RESPECTFULLY SUBMITTED this the 13th day of December, 2007.

GENERAL PARTS, INC., Plaintiff,

By: /S/ *James R. Seale*
    James R. Seale (3617-E-68J)
    HILL, HILL, CARTER,
      FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    Counsel for Plaintiff
    wwm/8620.0002/g:Order Requesting Rule 26(f) Order.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Motion Requesting Order Setting Rule 26(f) Parties' Planning Meeting* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to all counsel of record, and/or I have mailed the same to non-CM/ECF participants via United States Mail, properly addressed and first class postage prepaid this the 13th day of December, 2007, to wit:

    Robert Jay Scotz
    c/o Montgomery County Detention Facility
    250 South McDonough Street
    Montgomery, Alabama 36104

/S/ *James R. Seale*