IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GENERAL PARTS, INC.,

    Plaintiff,

-vs-

                                Case No. 2:07-cv-740-MHT

ROBERT J. SCOTZ,

    Defendant.

# REPORT OF RULE 26(F) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held between counsel for General Parts, Inc. and Robert J. Scotz on the 9th day of January, 2008 and the parties now submit the following Report of that meeting to the Court for its consideration.

1. The meeting was attended by:

    a. James R. Seale for Plaintiff General Parts, Inc.;

    b. Robert J. Scotz, *pro se*.

2. Pre-discovery disclosures. The parties will exchange by April 30, 2008, the information required by Rule 26.

3. Discovery Plan: The parties propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: all matters raised in the Complaint, any amendments to the Complaint and any Answer;

    b. All discovery commenced in time to be completed by June 15, 2008;

    c. Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service;

    d. Maximum of 40 requests for production by each party to any other party. Responses due 30 days after service;

    e. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service;

    f. Maximum of 5 depositions by Plaintiff and 5 depositions by Defendant, unless otherwise agreed to by the parties;

    g. Each deposition, other than that of the parties, limited to a maximum of 7 hours, unless otherwise agreed to by the parties. Parties' depositions limited to a maximum of 7 hours, unless otherwise agreed to by the parties;

      h.    Reports from retained experts under Rule 26(a)(2) due:

          (1)  from Plaintiff by June 1, 2008; and
          (2)  from Defendant by July 1, 2008; and

      i.    Supplementations under Rule 26(e) a reasonable time after discovery.

4.    Other matters.

      a.    The parties do not request a conference with the Court before entry of the Scheduling Order;

      b.    Plaintiff should be allowed until May 1, 2008 to join additional parties and until June 1, 2008 to amend the pleadings;

      c.    Defendant should be allowed until June 1, 2008 to join additional parties and until July 1, 2008 to amend the pleadings;

      d.    All potentially dispositive motions should be filed by June 15, 2008;

      e.    Settlement cannot be realistically evaluated prior to June 1, 2008;

      f.    The parties request a final pretrial conference in August, 2008;

      g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

          (1)  from Plaintiff: 30 days before trial; and
          (2)  from Defendant: 30 days before trial.

      h.    Parties should have until no less than 14 days prior to trial to list objections to witnesses and exhibits under Rule 26(a)(3); and

      i.    The case should be ready for trial by September 8, 2008, and is expected to take approximately 1-2 days, exclusive of jury selection and pretrial argument.

The parties do not suggest ADR. At this point, Plaintiff is not inclined to attempt ADR. The position of Plaintiff may change over the coming weeks or months. Plaintiff will inform the Court in a timely manner as to any change in its position regarding ADR.

The undersigned attests that Robert J. Scotz has agreed to the foregoing and has authorized me to execute this document and electronically file same on his behalf.

RESPECTFULLY SUBMITTED this the 9th day of January, 2008.

GENERAL PARTS, INC.,
Plaintiff,

By: /S/ *James R. Seale*
    James R. Seale (3617-E-68J)
    HILL, HILL, CARTER,
       FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    E-mail: ecarter@hillhillcarter.com
    **Counsel for Plaintiff**
    wwm/6630.0178/g:Rule 26(f) Parties Planning Meeting.wpd

ROBERT J. SCOTZ, Defendant,

By: /S/ *Robert J. Scotz*
    Robert J. Scotz (*pro se*)
    250 South McDonough Street
    Montgomery, Alabama 36104