IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GENERAL PARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-cv-740-MHT |
| | ) | |
| ROBERT J. SCOTZ | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court is aware the parties failed to comply with the requirements of Section 4 of the Scheduling Order (Doc. 34) entered by this Court on January 10, 2008, which requires conducting a face-to-face settlement conference at which all parties engage in good faith settlement negotiations. Pursuant to this Court's Order the face-to-face settlement conference was to have been completed on or before **June 30, 2008**. Section 4 also requires Plaintiff to file a "Notice Concerning Settlement Conference and Mediation" indicating: (1) that a face-to-face settlement conference was conducted; (2) whether settlement was reached at the mandatory face-to-face settlement conference; and (3) whether the parties believe mediation will assist them in resolving this case short of trial. Plaintiff was required to submit the Notice Concerning Settlement Conference and Mediation **within five (5) business days of the conference (July 7, 2008)**. As of the date of this Order, the mandatory Notice Concerning Settlement Conference and Mediation has not been filed as required.

It is hereby **ORDERED** that:

(1)  Plaintiff file the Notice Concerning Settlement Conference and Mediation by **July 18, 2008.**

(2)  The parties show cause by **July 18, 2008** why the Court should not sanction them pursuant to Federal Rule of Civil Procedure 16(f) for failure to comply with the Scheduling Order in this case.

(3)  The Clerk of Court is **DIRECTED** to send a copy of this order to Defendant by certified mail.  Plaintiff shall be served by e-mail transmittal.

DONE this 11th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE