IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., <br>     Plaintiff, <br> -vs- <br> ROBERT J. SCOTZ, <br>     Defendant. | Case No. 2:07-cv-740-MHT |

## NOTICE REGARDING MEDIATION AND SETTLEMENT DISCUSSIONS

COMES NOW James R. Seale for the Plaintiff and advises this Honorable Court pursuant to the Court's January 10, 2008 *Uniform Scheduling Order* as follows:

1.  On March 12, 2008 Defendant Robert Scotz pled guilty in the Circuit Court for the County of Montgomery, Fifteenth Judicial Circuit in Case No. CC-07-1729, to criminal possession of a forged instrument in the second degree and theft of property in the first degree. (Exhibit "A" - Transcript, pp.2, 5).

2.  At the March 12, 2008 Guilty Plea Hearing, undersigned counsel advised Judge Truman M. Hobbs, Jr. that General Parts would object to any pretrial diversion program. (Exhibit "A" - Transcript, p.6).

3.  Undersigned counsel and Defendant Robert Scotz have had several conversations about Mr. Scotz consenting to the entry of a judgment against him (Exhibit "B") and it was agreed that Defendant Scotz would discuss the matter with his counsel, assumed to be Richard Keith, and he and undersigned counsel would have further discussions regarding said consent judgment. On or about June 2, 2008, the undersigned counsel had a conversation with Defendant Scotz in which he advised undersigned counsel that his attorney (not identified, but again assumed to be Richard Keith) had advised him against entering into any agreement with regard to a consent judgment.

4.  On June 16, 2008, a sentencing hearing was held for Defendant Scotz before Honorable Truman M. Hobbs, Jr. At this sentencing hearing, Defendant Scotz was represented by Richard Keith and was sentenced to four years imprisonment and ordered to pay restitution of $245,831.00.

5.  Defendant Scotz was immediately taken into custody and is now in the custody of the State of Alabama, Department of Corrections.

6. Plaintiff, General Parts, Inc., has always insisted on a judgment against Defendant Robert J. Scotz and after the guilty plea and sentencing, is in the process of filing a motion for summary judgment in this cause which is well taken and should be granted in view of the guilty plea and sentencing.

7. Considering the underlying circumstances set forth herein mediation would not assist in resolving this matter, as there is nothing to mediate.

8. The last conversation undersigned counsel had with Mr. Scotz, on June 2, 2008, he advised that his attorney told him not to enter into any agreement with regard to a consent judgment. Consequently, no effort has been made to contact Mr. Scotz although no counsel has entered an appearance for Mr. Scotz in this case. Undersigned counsel assumed that Mr. Scotz had been advised against entering into any consent judgment agreement by Richard Keith, his counsel in the criminal action pending in the Montgomery County Circuit Court.

9. Undersigned counsel has discussed this matter with Richard Keith and has been advised that Mr. Keith is not representing Mr. Scotz and has not seen or spoke with him since the June 16 sentencing.

RESPECTFULLY SUBMITTED this the 15th day of July, 2008.

GENERAL PARTS, INC.,
Plaintiff,

By: /S/ *James R. Seale*

James R. Seale (3617-E-68J)
HILL, HILL, CARTER,
   FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
E-mail: ecarter@hillhillcarter.com
Counsel for Plaintiff
wwm/8620.0002/g:Settlement Conference Statement.wpd

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this date electronically filed the foregoing *Notice Regarding Mediation and Settlement Discussions* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to all counsel of record, and/or I have mailed the same to non-CM/ECF participants via United States Mail, properly addressed and first class postage prepaid this the 15th day of July, 2008, to wit:

    Robert Jay Scotz
    c/o Pickens County Jail
    Post Office Box 226
    Carrolton, Alabama 35447

    /S/ *James R. Seale*

1

```
 1    IN THE CIRCUIT COURT FOR THE COUNTY OF MONTGOMERY
 2                FIFTEENTH JUDICIAL CIRCUIT
 3                       CRIMINAL
 4  STATE OF ALABAMA
 5  V.                           CASE NO.  CC-07-1729
 6  ROBERT JAY SCOTZ
 7
 8  REPORTER'S OFFICIAL TRANSCRIPT OF GUILTY PLEA & SENTENCING
 9  Before:
10         Hon. Truman M. Hobbs, Jr.
11  APPEARANCES:
12         For the State:
13         Azzie Taylor, Esq.
14         Deputy District Attorney
15
16         For the Defense:
17         Richard Keith, Esq.
18         Montgomery, AL
19  Also Present:
20         For General Parts, d/b/a Carquest
21         James Robert Seale
22         Montgomery, AL
23
24  Renea L. Johnston, CSR #483
25  Official Court Reporter
```

Exhibit "A"

General Parts/Scotz

Mediation-Settlement Notice
000001

```
 1      (City of Montgomery, State of Alabama, March 12, 2008)
 2           THE COURT:  Robert Scotz.
 3                  (Pause in the proceedings.)
 4           THE COURT:  Is this a one-count indictment?
 5           MS. TAYLOR:  Two counts:  theft, one and CPFI,
 6   two.
 7           THE COURT:  Is he going to plead to both?  What
 8   are we doing?
 9           MR. WHITE:  He is, Judge.  We're going to do
10   pretrial.  I just left that off.
11                  (Pause in the Proceedings.)
12           THE COURT:  Mr. Scotz, you're going to plead
13   guilty to criminal possession of a forged instrument in
14   the second degree and theft of property in the first
15   decree; is that correct?
16           THE DEFENDANT:  Yes, sir.
17           THE COURT:  Theft of property in the first decree
18   is a B felony, and possession of forged instrument is a C
19   felony.  The B felony, you're looking at two to 20 years.
20   On the C felony, you're looking at one year to 10 years.
21   And the guidelines recommend non-prison.  But if it is a
22   prison sentence, they recommend 16 to 46 months on a
23   straight sentence and six to 12 months on a split
24   sentence.  Do you understand all of that?
25           THE DEFENDANT:  Yes, sir.
```

Exhibit "A"

```
 1  possession of a forged instrument which would be check
 2  number 6013 that was, actually, made out to Fedelity Bank
 3  in the amount of $43,134.91.  And he confessed to all of
 4  this.  And it all occurred in Montgomery county.
 5       THE COURT:  Is all that correct?
 6       THE DEFENDANT:  Yes, sir.
 7       THE COURT:  You did write yourself some checks
 8  from Carquest?
 9       THE DEFENDANT:  Yes, sir.
10       THE COURT:  So you do plead guilty to criminal
11  possession of a forged instrument in the second degree and
12  theft of property in the first degree?
13       THE DEFENDANT:  Yes, sir.
14       THE COURT:  The Court accepts your plea and finds
15  the plea has been made voluntarily and intelligently and
16  with knowledge of the consequences.  I'll withhold
17  adjudication pending the outcome of Pretrial Diversion.
18       MR. WHITE:  Judge, do I need to file this
19  presentence application in the meantime or not pending
20  pretrial?
21       THE COURT:  You got me.
22       MS. TAYLOR:  Your Honor, I just want to verify
23  what the defendant's address was.  I know he was residing
24  in North Carolina at one point --
25       THE DEFENDANT:  556 North Memorial Drive,
```

```
 1  Prattville.  The zip is 36067.
 2           MS. TAYLOR:  Thank you.
 3           THE DEFENDANT:  Thank you.
 4           MR. WHITE:  Thank you, Your Honor, appreciate
 5  it.  You have a good day.
 6           THE COURT:  We need a status day.
 7                (Pause in the proceedings.)
 8           THE COURT: Status on June 16th to see where we
 9  are on pretrial.
10           MR. SEALE:  Judge Hobbs, may I ask a question
11  please, sir?
12           THE COURT:  Yes.
13           MR. SEALE:  The pretrial diversion -- I represent
14  General Parts which is the parent company to Carquest.
15  They're going to object to this.  Do we appear at the June
16  16th status conference --
17           THE COURT:  Well, he'll make his application to
18  Pretrial Division.  The Pretrial Diversion will contact
19  the victim and ask the victim what their thoughts are.
20           MR. SEALE:  Very good.
21           THE COURT:  Your'e going to object -- It's the
22  best way to get your money back.
23           MR. SEALE:  Well, there are some extenuating
24  circumstances.
25           THE COURT:  Okay.
```



# Hill Hill Carter

Hill, Hill, Carter, Franco, Cole & Black P. C.
P. O. Box 116
Montgomery, AL 36101

Robert A. Wicker
General Parts, Inc.
Post Office Box 26006
Raleigh, NC 27611

Date:    7/01/2008

| Regarding:  | 8620-0002 | Scotz, Robert |
|             |           | Embezzlement  |
| Invoice No: | 1005815   |               |

## Services Rendered

| Date | Staff | Description | Hours |
|---|---|---|---|
| 6/02/2008 | JRS | Telephone conference with Robert Scotz regarding case. | ▇ |
| 6/03/2008 | JRS | Review of correspondence; Telephone conference with Nicole Ortiz. | ▇ |
| 6/16/2008 | JRS | Attend sentencing hearing for Robert Scotz; Meet with Judge Hobbs; Sentencing hearing; Calls and e-mail to Bob Wicker and Bob McCort; Telephone conference with Bob McCort and message for Bob Wicker. | ▇ |
| 6/17/2008 | JRS | Telephone conference with Bob Wicker and telephone conference with Judge Hobbs' office; Telephone conference with court reporter regarding transcript; Correspondence regarding same; Telephone conference regarding same. | ▇ |

Total Fees    ▇

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| James R Seale | ▇ | ▇ |

## Expenses

| Code Description | Charges |
|---|---|
| Depositions | ▇ |

Total Expenses    ▇

Total New Charges    ▇

Exhibit "B"

General Parts/Scotz

Mediation-Settlement Notice
000001



Hill, Hill, Carter, Franco, Cole & Black P. C.
P. O. Box 116
Montgomery, AL 36101

Robert A. Wicker
General Parts, Inc.
Post Office Box 26006
Raleigh, NC 27611

Date:   6/04/2008

| Regarding: | 8620-0002 | Scotz, Robert |
| | | Embezzlement |
| Invoice No: | 1005569 | |

### Services Rendered

| Date | Staff | Description | Hours |
|---|---|---|---|
| 5/05/2008 | JRS | Review of correspondence; Telephone conference with Robert Scotz. | |
| 5/09/2008 | JRS | Telephone call to Robert Scotz. | |
| 5/12/2008 | JRS | Call to DA regarding hearing for Scotz; Calls to Robert Scotz regarding consent judgment. | |
| 5/16/2008 | JRS | Call to Robert Scotz regarding case. | |
| 5/19/2008 | JRS | Calls to Robert Scotz; Call to Bob McCort; Call to Azzie Taylor; Telephone conference with Bob McCort regarding case. | |
| 5/20/2008 | JRS | Review of correspondence and calls to Azzie Taylor. | |
| 5/22/2008 | JRS | Message from Azzie Taylor; Calls to Azzie and Robert Scotz. | |
| 5/27/2008 | JRS | Conference with Azzie Taylor regarding case; Call to Robert Scotz; Call to Bob McCort; Telephone conference with Bob McCort regarding case; Conference with Laura Crum regarding stock set off issues. | |
| 5/28/2008 | JRS | Call from Robert Scotz and return call. | |

Total Fees

### Staff Summary

| Name | Hours | Rate |
|---|---|---|
| James R Seale | | |

Total New Charges

Exhibit "B"

General Parts/Scotz

Mediation-Settlement Notice
000002