IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GENERAL PARTS, INC.,** * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | Case No.: 2:07-cv-740-MHT |
| * | |
| **ROBERT J. SCOTZ,** * | |
| * | |
| Defendant. * | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

COMES NOW General Parts, Inc. Plaintiff in the above-styled cause, and moves this Court for leave to file a motion for summary judgment out of time. In support of this motion, the Plaintiff states as follows:

1. The undersigned counsel was led to believe that Defendant would agree to the entry of a consent judgment.

2. For that reason, Plaintiff failed to timely file its Motion for Summary Judgment in accordance with the scheduling order of this Honorable Court.

2. The granting of this motion will not prejudice the Defendant.

WHEREFORE PREMISES CONSIDERED, the Plaintiff General Parts, Inc. requests leave to file its Motion for Summary Judgment out of time.

RESPECTFULLY SUBMITTED this the 4th day of August 2008.

GENERAL PARTS, INC.,
Plaintiff,

By: /s/ *James R. Seale*
James R. Seale (SEALJ3617)
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600

(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Plaintiff
wwm/6630.0177/f:motion for leave to file msj.wpd

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have this date electronically filed the foregoing *Plaintiff General Parts, Inc.'s Motion for Leave to File Motion for Summary Judgment* with the Clerk of the Court for the United States District Court, for the Southern District of Alabama, using the CM/ECF system and that I have this date served a true and correct copy of the aforementioned upon Robert Jay Scotz, c/o Montgomery County Detention Facility, 250 South McDonough Street, Montgomery, AL 36104 by placing same in the United States Mail, postage prepaid and properly addressed this the 4th day of August 2008.

/s/ *James R. Seale*
Of Counsel