IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT J. SCOTZ )<br>)<br>Defendant. ) | Civil Action No. 2:07-cv-740-MHT |

## ORDER

Pending before the Court is *Plaintiff's Motion for Leave to File Motion for Summary Judgment* (Doc. 37, filed August 4, 2008). For good cause shown, it is **ORDERED** that the motion is **GRANTED**.

DONE this 4th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE