**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **GENERAL PARTS, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Case No.: 2:07-cv-740-MHT** |
| | * | |
| **ROBERT J. SCOTZ,** | * | |
| | * | |
| **Defendant.** | * | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW General Parts, Inc. Plaintiff in the above-styled cause, and pursuant to *Federal Rule of Civil Procedure* 56, moves this Court to grant summary judgment in favor of Plaintiff in that there is no genuine issue of material fact to be submitted to a jury and judgment should be entered in its favor as a matter of law as to all claims. In support of this motion, the Plaintiff relies upon the following:

1.     All pleadings filed in this matter.

2.     Exhibits 1 through13, attached hereto and specifically.

> Exhibit 1 - Affidavit of Robert McCort with attachment
>
> Exhibit 2 - Written Statement of Robert Scotz
>
> Exhibit 3 - Affidavit of Carissa McCune with attachments
>
> Exhibit 4 - Affidavit and Letter of Circumstance of Shane Smith
>
> Exhibit 5 - Warrant of Arrest and Certificate of Execution for
>                 Theft of Property  I
>
> Exhibit 6 - Warrant of Arrest and Certificate of Execution for Criminal
>                 Possession of a Forged Instrument II
>
> Exhibit 7 - Affidavit of Dave Murley regarding Theft of Property I
>
> Exhibit 8 - Affidavit of Dave Murley regarding Criminal Possession of a
>                 Forged Instrument II

Exhibit 9 - Transcript of Guilty Plea and Sentencing

Exhibit 10 - Case Action Summary for Case Number CC-07-1728

Exhibit 11 - Assignment of Mortgage

Exhibit 12 - Satisfaction of Mortgage

Exhibit 13 - Warranty Deed

3.      Memorandum Brief, submitted contemporaneously herewith.

WHEREFORE PREMISES CONSIDERED, the Plaintiff General Parts, Inc. requests

summary judgment be granted in its favor as to all claims as a matter of law.

RESPECTFULLY SUBMITTED this the 4th day of August 2008.

GENERAL PARTS, INC.,
Plaintiff,

By:  /s/  *James R. Seale*

James R. Seale (SEALJ3617)
HILL, HILL, CARTER,
 FRANCO, COLE & BLACK, P.C.
 Post Office Box 116
 Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Plaintiff
wwm/6630.0177/f:msj.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Plaintiff General Parts, Inc.'s Memorandum Brief in Support of Motion for Summary Judgment* with the Clerk of the Court for the United States District Court, for the Southern District of Alabama, using the CM/ECF system and that I have this date served a true and correct copy of the aforementioned upon Robert Jay Scotz, c/o Montgomery County Detention Facility, 250 South McDonough Street, Montgomery, AL 36104 by placing same in the United States Mail, postage prepaid and properly addressed this the 4th day of August 2008.

/s/  *James R. Seale*

Of Counsel

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GENERAL PARTS, INC.,       :

   PLAINTIFF,      :

-VS-          :   CASE NO. 2:07-CV-740-TFM

ROBERT J. SCOTZ,       :

   DEFENDANT.     :

## AFFIDAVIT OF ROBERT MCCORT

Before me, the undersigned authority, in and for said county and state, personally appeared Robert McCort, who being known to me and being first duly sworn, deposes and says under oath as follows:

1. My name is Robert McCort. I am over the age of nineteen and I have personal knowledge of the matters set forth herein.

2. I know Robert J. Scotz and had direct involvement with the matters underlying this lawsuit.

3. I am the Director of Loss Prevention for General Parts, Inc., a North Carolina corporation with its principal place of business in Raleigh, North Carolina.

4. For several years, General Parts did business as Carquest in Montgomery, Alabama.

5. Mr. Scotz was employed by Carquest from 1993 to July 3, 2007.

6. Mr. Scotz was hired as an account manager at Carquest and worked at the Montgomery, Alabama distribution center.

7. In January 2007, GPI closed the Montgomery distribution center and Mr. Scotz was transferred to Raleigh, North Carolina. However, because his family could not move to North Carolina, Mr. Scotz was given permission to work one week out of each month in the old Montgomery office.

EXHIBIT

1

8.    On June 28, 2007, I received a message from Janet Higgins, GPI's Director of Accounts Payable. When I spoke with Ms. Higgins on July 2, 2007, she told me that she and some of her teammates discovered an unauthorized check written on a GPI bank account. Upon investigation, it was determined that a check in the amount of $18,453.35 had been made payable to Mr. Scotz, endorsed by Mr. Scotz and deposited in Mr. Scotz's personal bank account. GPI stopped payment on the check prior to the funds becoming available for withdrawal. That check is attached to this affidavit as Exhibit "A".

9.    On July 3, 2007, I confronted Mr. Scotz regarding the $18,453.35 check that had been discovered. After his initial denials, Mr. Scotz eventually admitted forging the check and depositing it into his account. He was suspended that day and terminated shortly thereafter.

10.    Upon further investigation and audit, it was discovered that Mr. Scotz had wrongfully written at least 21 checks to himself or others over the course of approximately 2 years. With the exception of Check 7228 which GPI stopped payment on, those checks are attached to the Affidavit of Carissa McCune.

11.    Mr. Scotz was arrested for Theft of Property in the First Degree and Criminal Possession of a Forged Instrument in the Second Degree. He eventually pleaded guilty to both charges and is currently incarcerated.

12.    Mr. Scotz did not have permission from GPI to write the attached checks, nor did he have permission to forge the signatures on the signatory line.

13.    Of the $238,876.23 Mr. Scotz stole from GPI, only $18,453.35 has been recovered as a result of the stop payment placed on the check.

2

Further affiant saith not.

_____
Robert McCort

STATE OF North Carolina                    )
COUNTY OF _Wake_____                     )

    Before me the undersigned Notary Public in and for State and County aforesaid, personally appeared **Robert McCort**, who is personally known to me and who, being by me first duly sworn, doth depose and say that he signed the above affidavit to the best of his knowledge, information and belief and with full understanding of its effect.

_____
NOTARY PUBLIC

(SEAL)                          My Commission Expires: _October 17 2009_

3

28-Jun-2007 08:59 AM Bank of America 8047883432                                    1/2



EXHIBIT

A

7/3/07    4:10 pm

I Robert Jay Scott make the following statement to Robert McCart and Kathie Greeson whom I know to be representitives of GPI Inc.

No threats of or promises have been made to me to write this statement.

On the 19th of June I placed stop payments on old checks. I took an old check and made copies so I could clean up the copies on Transparacies. I feed the transparacy on to a actual check to create a reprint in my name of 18483.$^{35}$ I the put or deposited the check into my account.

The amounts came from the total amount of the Voided checks. Signatures were not a problem, doe to they were on old Check. I did this to place it into an account for my daughter.

The Check was created on the 20th and I continue to watch the Check as it went through the process.

I except all responsibility for my actions. I am sorry for what I did.

This statement is true to the best of my knowledge. I have not done this action in the past.

Robert Jay Scott Jr
4:35

Witnessed by: KJG 7/3/07 4:35 pm
Kathie J. Greeson

EXHIBIT
2

Affidavit of Custodian of Records

I, Carissa McCune, declare:

I am employed by Bank of America N. A. ("The Bank") at the GTS – Commercial East VA NC Department and am a duly authorized custodian of records. I certify the authenticity of the records produced on August 28, 2007 regarding account #480040617, held in the name of General Parts, Inc. These records were prepared by personnel of the Bank who produced copies of these Bank records in the ordinary course of business at or near the time of the act, condition, or event to which the records pertain.

The records enclosed are true copies of all the checks (20) requested by and drawn on the above-referenced account of General Parts, Inc for the time period March 2005 through March 2007.

While processing the items, an image of the front and back of each item was taken in the sequence the items were processed. The Bank stored the images in a secure facility. The Bank retrieved the images of the above-described checks.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2007, in the City of Raleigh, State of North Carolina.

*Carissa McCune*
Carissa McCune, Custodian
Treasury Management Sales Analyst

STATE OF ____NC____
CITY/COUNTY OF ____Wake____

On this __28th__ day of __August__, 2007, before me, the undersigned notary public, personally appeared *Carissa McCune* who acknowledged him/herself to be the Treasury Management Sales Analyst of Bank of America N. A., and that she, as such officer, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the name of the Bank by herself as such officer.

(Check One)
___✓___ Signer is personally known to me.
_____ Signer has produced the following identification: _____.

In witness thereof I have set my hand and official seal.

[SEAL]

*Cheryl K Moore*
**Signature of Notary Public**

*Cheryl K Moore*
Typed or Printed Name

My Commis

EXHIBIT
3

Title/Rank/ Serial Number (if applicable)
My Commission Expires: ___11 - 3-07___

Amount:        $6,434.79
Account:       480040617
Bank Number:   05310798

Sequence Number:  6200137037
Capture Date:     03/04/2005
Check Number:     5594

**CARQUEST**
AUTO PARTS STORES

**GENERAL PARTS, INC.**
D/B/A CARQUEST AUTO PARTS
P.O. BOX 767
MONTGOMERY, AL. 36102
PH. # (334) 284-1991

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

2003

5594

66-798
531

PAY
AMOUNT
OF    Six thousand four hundred thirty four + 79/   DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 2/25 | Robert Scott |  | 5594 | $ 6434.79 |

Security features.
Included.
Details on back.

NationsBank, N.A.
Asheville, NC

*Shane Smith*
*May Bell Higgins*

⑈005594⑈ ⑆053107989⑆ 480040617⑈            ⑈000064347⑈

0401927711 03-04-05 4298.42
085068690 50340112 000000011083
LPSI LOU KY

BANK OF AMERICA.NA CAR
053540196  E1963 21 P01
                 03/04/05
**6200137037**

REGIONS BANK 0628056904
70 BAGBY DRIVE 03/03/05
BIRMINGHAM, AL
**58015499**

305 $
0023
MAR 03 2005
9 1 4 7
Y WEST
305

Amount:        $6,560.79
Account:       480040617
Bank Number:   05310798

Sequence Number:   6400072626
Capture Date:      06/21/2005
Check Number:      6001

*053000206*
06/21/2005
6630662629

This is a LEGAL COPY of
your check. You can use
it the same way you
would use the original
check.

R051000161 06/21/2005
21572254

GENERAL PARTS, INC.
DBA CARQUEST AUTO PARTS
P.O. BOX 6003
MONTGOMERY, AL 36102
PH: 334-284-1901

6001

| EXPLANATION | AMOUNT |
|---|---|

2388

ATM

DATE    TO THE ORDER OF                 DESCRIPTION    CHECK AMOUNT

Six Thousand Five Hundred Sixty & 79/100

6/17   Robert Scott                              6001   $ 6560.79

Bank of America

Shane Smith
May Bill Higgins

⑈006001⑈ ⑆053107989⑆ 000480040617⑈ ⑈000656079⑈

⑈006001⑈      ⑆053107989⑆      000480040617⑈      ⑈000656079⑈

D6212005
0530-0020-6
ENT=1705 TRC=3175 PK=13
0132206639

*053000206*
06/21/2005
6630676568

R051000161 06/21/2005
21572254

06/21/2005

6400072626

↓Do not endorse or write below this line.↓

Amount:        $5,036.97
Account:       480040617
Bank Number:   05310798

Sequence Number:   6600729036
Capture Date:      11/03/2005
Check Number:      6002





Amount:          $7,741.79
Account:         480040617
Bank Number:     05310798

Sequence Number:   6600684932
Capture Date:      12/22/2005
Check Number:      6003



Amount:        $9,896.34
Account:       480040617
Bank Number:   05310798

Sequence Number:  6600275769
Capture Date:     01/23/2006
Check Number:     6004





Amount:           $9,050.63
Account:          480040617
Bank Number:      05310798

Sequence Number:   6600879421
Capture Date:      04/17/2006
Check Number:      6006





Amount:         $2,751.71                    Sequence Number:   6600562118
Account:        480040617                    Capture Date:      06/01/2006
Bank Number:    05310798                     Check Number:      6007





Amount:        $2,900.00
Account:       480040617
Bank Number:   05310798

Sequence Number:   6600324034
Capture Date:      06/09/2006
Check Number:      6008



Amount:        $16,500.00
Account:       480040617
Bank Number:   05310798

Sequence Number:   6600587310
Capture Date:      08/30/2006
Check Number:      6009





Amount:        $10,150.00
Account:       480040617
Bank Number:   05310798

Sequence Number:   6600027133
Capture Date:      10/25/2006
Check Number:      6010





Amount:          $9,186.43
Account:         480040617
Bank Number:     05310798

Sequence Number:  1392531569
Capture Date:     01/18/2007
Check Number:     6011



**Electronic Endorsements**

| Date | Sequence | Bank # | BOFD | Bank Name |
|---|---|---|---|---|
| 01/17/2007 | 0414332920 | 061000146 | N | FEDERAL RES BANK OF |
| 01/17/2007 | 6115700531 | 061000146 | N | FEDERAL RES BANK OF |
| 01/17/2007 | 6436737738 | 053000206 | N | FEDERAL RES BANK OF |
| 01/18/2007 | 001392531569 | 011300016 | N | BANK OF AMERICA, NA |

Amount:          $8,360.39
Account:         480040617
Bank Number:     05310798

Sequence Number:  6600765263
Capture Date:     01/09/2007
Check Number:     6012





Amount:          $43,134.91
Account:         480040617
Bank Number:     05310798

Sequence Number:   1294907320
Capture Date:      01/18/2007
Check Number:      6013

**CARQUEST** AUTO PARTS STORES

**GENERAL PARTS, INC.**
**DBA CARQUEST AUTO PARTS**
P. O. BOX 4008
MONTGOMERY, AL 36102
PH. 334-284-1991

| EXPLANATION | AMOUNT |
|---|---|
| Account | |
| 3020020962 | |
| IN Lieu of Trans | |

6013

66-796/531 NC
1564

PAY AMOUNT OF   Forty Three Thousand one Hundred Thirty four + 91/         DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER |
|---|---|---|---|
| 12/31 | Fidelity Bank | Relocation Agreement | 6013 |
| | PO Box 2937 | | |
| | Wichita KS 67201-2937 | | |

**CHECK AMOUNT**
$ 43,134.91

Bank of America

Mary Beth Higgins
Sharie Smith

⑈006013⑈ ⑆053107989⑆ 000460040617⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Look for product Icon and Micro Print signature line on front, and words "Original Document" on back. If not present - Do Not Cash.

Fiakoat design is a certification mark of Check Payment Systems Association.

Amount:          $18,000.00
Account:         480040617
Bank Number:     05310798

Sequence Number:   6700995169
Capture Date:      12/04/2006
Check Number:      6015





Amount:         $9,186.44
Account:        480040617
Bank Number:    05310798

Sequence Number:  1492352147
Capture Date:     01/23/2007
Check Number:     6017

**CARQUEST®**

AUTO PARTS STORES

GENERAL PARTS, INC.
DBA CARQUEST AUTO PARTS
P. O. BOX 4008
MONTGOMERY, AL 36102
PH. 334-284-1991

| EXPLANATION | AMOUNT |
| --- | --- |
| | |
| | |
| | |
| | |

6017

66-788/531 INC
1564

PAY AMOUNT OF   *Nine Thousand One hundred Eighty six + 44/—*   DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER |
| --- | --- | --- | --- |
| 1/12/07 | Robert Scott | | 6017 |

CHECK AMOUNT
$ 9186.44

Bank of America

*Mary Beth Higgins*

*Steve Santu*

⑈"OO6O17"⑈ ⑊O531O7989⑊: OOO48OO4O617⑊'  ⑈"OOOO918644⑈"

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

0218708856
01/23/2007
061D-0014-6
ENT=5452 TRC=5452 PK=01

3625716867
REGIONS BANK >062005690<
70 BAGBY DRIVE 01222007
BIRMINGHAM, AL

4 6 9 7

Electronic Endorsements

| Date | Sequence | Bank # | BOFD | Bank Name |
| --- | --- | --- | --- | --- |
| 01/23/2007 | 0218708856 | 061000146 | N | FEDERAL RES BANK OF |
| 01/23/2007 | 6118435967 | 061000146 | N | FEDERAL RES BANK OF |
| 01/23/2007 | 6530483759 | 053000206 | N | FEDERAL RES BANK OF |
| 01/23/2007 | 001492352147 | 011300016 | N | BANK OF AMERICA, NA |

Amount:          $11,795.97
Account:         480040617
Bank Number:     05310798

Sequence Number:   6600385006
Capture Date:      01/31/2007
Check Number:      6018





Amount:        $21,773.50
Account:       480040617
Bank Number:   05310798

Sequence Number:   6500421793
Capture Date:      02/06/2007
Check Number:      6019





Amount:          $5,334.23
Account:         480040617
Bank Number:     05310798

Sequence Number:   6600903552
Capture Date:      02/20/2007
Check Number:      6020





Amount:       $9,040.00
Account:      480040617
Bank Number:  05310798

Sequence Number:  6500325857
Capture Date:     03/09/2007
Check Number:     6021





Amount:        $7,587.99
Account:       480040617
Bank Number:   05310798

Sequence Number:   6600795963
Capture Date:      03/16/2007
Check Number:      6022





**Bank of America**

CLAIM NUMBER (for Bank use only):

# Affidavit of Claimant

| CLAIMANT'S NAME (LAST, FIRST, MI) OR BUSINESS NAME | ACCOUNT NUMBER | DATE |
|---|---|---|
| **General Parts, Inc.** | **0004-8004-0617** | **August 21, 2007** |

### I declare the following:

- I did not receive any benefit or value from the proceeds of the item(s) listed on this affidavit, and no proceeds were applied to any use or purpose on my behalf.

- I have not arranged with the person(s) who misused the fraudulent item(s) to be reimbursed from any of the proceeds of the fraudulent item(s).

- I promise to testify or certify to the truth of all applicable statements in this affidavit before any judge, officer of a court, or other person, in any case now pending or which may occur regarding this affidavit.

### I declare under penalty of perjury that the foregoing is correct.

| CLAIMANT'S SIGNATURE (maker): *Shane Smith* | PHONE NUMBER **334 280 5849** | DATE: **August 28, 2007** |
|---|---|---|
| PRINT CLAIMANT'S NAME: General Parts, Inc. | BUSINESS TITLE OR POSITION Controller | EMAIL ADDRESS (insert if we may use to contact you regarding this claim): shane.smith@gpi.com |

### IF FORGED, MISSING or "NOT ENDORSED AS DRAWN" CLAIM,
the payee/endorser must sign below (in addition to the claimant)

### I declare under penalty of perjury that the foregoing is correct.

| PAYEE/ ENDORSER'S SIGNATURE | PHONE NUMBER | DATE: |
|---|---|---|
| PRINT PAYEE/ENDORSER'S NAME: | BUSINESS TITLE OR POSITION | EMAIL ADDRESS (insert if we may use to contact you regarding this claim): |

### To be completed by a Notary Public for Claimant:

State of _Alabama_     County of _Montgomery_

Subscribed and sworn before me this _28th_ day of _August_ ,(year) _2007_ By

*Shane Smith*                              *Shane Smith*
SIGNATURE OF CLAIMANT (maker)              PRINT CLAIMANT NAME

_General Parts, Inc. Controller_
NAME OF COMPANY AND TITLE (if applicable)

Personally known _Shane Smith_     OR Produced _____ as identification

(SEAL, IF ANY)

Susan Mason
Notary Public
State of Alabama
My comm. Exp. 1-7-09

My commission expires                       *Susan Walls Mason*
                                            NOTARY PUBLIC SIGNATURE

### To be completed by a Notary Public for Payee/Endorser:

State of _____     County of _____

Subscribed and sworn before me this _____ day of _____ ,(year) _____ By

_____          _____
SIGNATURE OF PAYEE/ENDORSER                PRINT PAYEE/ENDORSER NAME

_____
NAME OF COMPANY AND TITLE (if applicable)

Personally known _____     OR Produced _____ as identification

(SEAL, IF ANY)

My commission expires _____     NOTARY PUBLIC SIGNATURE

89-16-2426NSBW 10-2004

**EXHIBIT**

**4**

**Bank of America**

## Letter of Circumstance

Describe in detail the circumstances of the fraudulent activity and how you became aware of it. For example, consider how someone could have obtained your checks and/or your identification. Was your home or office burglarized? If more space is needed, feel free to attach additional sheets of paper.

Robert Scotz was a manager in the accounting office for General Parts, Inc. in Montgomery, Alabama. As a part of his job duties, Mr. Scotz was responsible for reconciling checking accounts for GPI. This involved notifying the bank of stopped payments. Mr. Scotz had access to our check stock and fraudulently wrote and deposited into his personal checking account the checks listed on the attached affidavit. I did not authorize or sign any of the checks listed on the attached affidavit.

I suspect the following person of having misused the fraudulent item(s) described on the attached Affidavit:

Name:   **Robert Scotz**                   Address:   **615 Shelia Blvd**

City   **Prattville**                State:   **AL**      Zip:   **36066**

Are you willing to prosecute?   ☒ Yes ☐ No

Did you file a police report?   ☒ Yes *(Please include a copy)*   ☐ No *(We may ask you to file one)*

   Name of law enforcement agency:   **Montgomery Police Dept**   Case Number:   **In process**

   Detective's name:   **Corporal J.W. Hall**          Phone Number: (   **334**   )   **241-2463**

Did you close the affected account?   ☒ Yes ☐ No

   Since it is possible your checks have been copied, or other fraudulent items bearing your account name and number may appear in the future, we strongly recommend you close the affected account if you have not already done so. If you choose not to close your account, you may suffer subsequent losses on the account due to forgery or other fraud.

I declare under penalty of perjury that the foregoing is correct. Sign and date this letter and mail it with the *Affidavit of Claimant.*

_____                    **August 28, 2007**
            SIGNATURE                                           DATE

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>**2007F01733** |
|---|---|---|
| Form CR-58 (front)    Rev. 8/98 | | Case Number |

IN THE ___**DISTRICT**___ COURT OF ___**MONTGOMERY**___, ALABAMA
<small>(Circuit, District, or Municipal)</small>                <small>(Name of Municipality or County)</small>

☒ STATE OF ALABAMA

☐ MUNICIPALITY OF MONTGOMERY v.        ROBERT SCOTZ  (001088698A)
<small>Defendant (NWS Jacket Number)</small>

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)

ROBERT  SCOTZ

charging the offense of  **THEFT OF PROPERTY, FIRST DEGREE**

_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of

_____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate

of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon.

If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before

the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $  **30,000.00**    with sufficient sureties approved by an authorized

officer or by depositing cash or negotiable bonds in the amount with the court clerk.

---OR---

☒ If the accused person posts an appearance bond in the amount of $  **30,000.00**  RECEIVED

☐ On his or her personal recognizance.

Tuesday, September 11, 2007  02:54 PM    D.T. MARSHALL, SHERIFF    _____
Date                                                                    Judge/Court Clerk/Magistrate/Warrant Clerk

2007 SEP 11 P 3:46

MONTGOMERY, AL.
DETENTION FACILITY
MONTGOMERY COUNTY

**EXHIBIT**
**5**

Form CR-58 (back)    Rev. 8/98

## WARRANT OF ARREST
(Felonies, Misdemeanors, or Violations)

### CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **WARRANT OF ARREST** by arresting the accused person named (or described ) therein at _1527_ o'clock ☐ a.m. ☒ p.m.

on the _____ day of _____ , 20 ____

in __MONTGOMERY__ COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m. _____ , 20 ____

☒ Taken before ☐ Judge ☒ Magistrate at _1527_ o'clock ☐ a.m. ☒ p.m.

__9-11__ , 20 __07__

☐ Placed in jail at _____ o'clock ☐ a.m. ☐ p.m. _____ , 20 ____

Date __9-11-2007__

Signature/Title/Agency _Cpl H. Hall 136_

### IDENTIFICATION OF ACCUSED PERSON

Name of Accused Person: ROBERT SCOTZ

| Telephone Number | 334-361-1477 |

| Social Security Number | Drivers License Number & State | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|
| 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 | 5007874 AL | 12/20/1965 | | W | M |

| Height | Weight | Hair | Eyes | Complexion |
|---|---|---|---|---|
| 604 | 230 | Brown | Brown | |

Address of Accused: 615 SHELIA BLVD    City: PRATTVILLE    State: AL    Zip Code: 36066

Name of Employer: _____    Telephone Number: _____

Address of Employer: _____    City: _____    State: _____    Zip Code: _____

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

### ACKNOWLEDGEMENT BY ACCUSED PERSON

☐ I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: _____

Date: _____ , 20 ____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

☐ I promise to appear as directed before the court, as follows:

Place: _____

Date: _____ , 20 ____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

Date _____    Signature of Accused Person _____

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>2007F01734 |
|---|---|---|
| Form C65 (front)    Revised 11/92 | | Case Number<br>SCANNED |

IN THE     **DISTRICT**      COURT OF    MONTGOMERY,    ALABAMA

(Circuit, District, or Municipal)        Name of Municipality or County

[ X ] STATE OF ALABAMA     [ ] MUNICIPALITY OF     MONTGOMERY

v.    ROBERT SCOTZ                      , Defendant

---

### TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

[ X ] Probable cause has been found on Complaint filed in this Court Against (name or description of person to be arrested)

ROBERT SCOTZ

Charging: [description of offense(s)]   **POSSESSION OF FORGED INSTRUMENT SECOND DEGREE**

in violation of    §13A-9-6 Code of Alabama 1975            ; OR

[ ] An indictment has been returned by the Grand Jury of this county against (name of person to be arrested)

Charging: [description of offense(s)]

in violation of

[ X ] **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this Court to answer the charges against that person and have with you then and there this warrant with your return thereon. If a judge or magistrate of this Court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible judge or magistrate in the county of arrest.

[ X ] You may release the accused person without taking the accused person before a judge or magistrate:

   [ X ] If the accused person enters into a bond in the amount of $ **15,000.00** with two good sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk; OR

   [ X ] If the accused person posts an appearance bond in the amount of $ **15,000.00**

   [ ] On his or her personal recognizance.

Tuesday, September 11, 2007 at 2:52 PM

Date                           Judge/Magistrate/Clerk

RECEIVED    2007 SEP 11 PM 3:46

D.T. MARSHALL, SHERIFF     MONTGOMERY COUNTY DETENTION FACILITY MONTGOMERY, AL

ICT COURT

**EXHIBIT**

6

| Form C-65 (back)  Rev. 11/92 | ● | WARRANT OF ARREST<br>(Felonies, Misdemeanors, or Violations) |

## CERTIFICATE OF EXECUTION

**SCANNED**

I, the undersigned law enforcement officer, certify that I executed the foregoing **ARREST WARRANT** by arresting the accused person (Name as Described) therein ___1528___ o'clock ☐ a.m. ☒ p.m., on the ___11___ day of ___SEPT___ ___2007___, in ___MONTGOMERY___ COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m.,

☒ Taken before ☐ Judge ☒ Magistrate at ___1528___ o'clock ☐ a.m. ☒ p.m.,

9-11- 2007

___9-11-2007___
Date

Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | | Telephone Number | |
|---|---|---|---|---|---|---|
| ROBERT SCOTZ | | | | | 334-361-1477 | |
| Social Security Number | Date of Birth | | Age | Race | Sex | Height |
| 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 | 12/20/1965 | | W | M | 604 | |
| Weight | Hair | | Eyes | Drivers License Number & State of Issue | | |
| 230 | Brown | | Brown | 5007874  AL | | |
| Address | | | City | State | Zip Code | |
| 615 SHELIA BLVD | | | PRATTVILLE | AL | 36066 | |
| Name of Employer | | | | Employer's Telephone Number | | |
| | | | | | | |
| Address | | | City | State | Zip Code | |
| | | | | | | |

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |

## ACKOWLEDGMENT BY ACCUSED PERSON

☐ I hereby acknowledge that at the time of my release I was directed to appear in person before the court, as follows:

Place: _____

Date: _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

☐ I promise to appear as directed before the court, as follows:

Place: _____

Date: _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

Date _____     Signature of Accused _____

Case # 07-021131          ● **AFFIDAVIT** ●          2007F01733

## DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: _____ Theft of Property 1st Degree

Defendant's Name: Scotz, Robert                    D.O.B. 12/20/1965

Defendant's SSN: 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       Height: 6'04      Weight: 230

Defendant's Address: 615 Shelia Blvd Prattville Alabama 36066

Date & Time of Offense: Between  2-25-2007  &  9-11-2007    B&E  B/W

Place of Occurance: _____

Person or Property Attacked: Property

How Attacked: Stole Money

Damage Done or Property Attacked: Counterfieted and Forged Checks

Value of Property: In excess of $2,500.00

Details of Offense:
The defendant did, with the intent to defraud, possess or utter a forged instrument as follows: 20 forged checks from Car Quest from Regions Bank, having knowledge that said instrument was forged, in in violation of 13A-8-3 of the Code of Alabama, against the peace and dignity of the state of Alabama.

The subject confessed to writing the checks and stealing the money.


Additional Witness:
    Cpl J.W. Hall #1316, 320 N Ripley St Montgomery Alabama 36104, 334-241-2831 (Case Agent)


I make this affidavit for the purpose of securing a warrant against the said Robert Scotz W/M B&E B/W              I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this 11        day of September  2007

_____                    _____
    Judge - Clerk - Magistrate                    DISTRICT COURT      Complainant

WITNESSES: (Name, Address, Telephone Number)

1) Dave Murley, 3065 Selma Hwy Montgomery Alabama 36108, 334-280-5858
2) Bob McCort, 2635 E Millbrook Road Raleigh North Carolina 27604, 919-573-3547

**EXHIBIT**
**7**

Case # 07-021131                    ●     AFFIDAVIT         ●     2007F01734
                    DISTRICT COURT OF MONTGOMERY ALABAMA

---

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: _____ CRIMINAL POSSESSION OF A FORGED INSTRUMENT 2ND DEGREE

**SCANNED**

Defendant's Name: Scotz, Robert                                D.O.B. 12/20/1965

Defendant's SSN:  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          Height: 6'04          Weight: 230

Defendant's Address: 615 Shelia Blvd Prattville Alabama 36066

Date & Time of Offense: Between  2-25-2007  ＋  9-11-2007  ＃＃ 1316

Place of Occurance: _____

Person or Property Attacked:  Property

How Attacked:  Stole Money

Damage Done or Property Attacked:  Counterfieted and Forged Checks

Value of Property:  In excess of $2,500.00

Details of Offense:
The defendant did, with the intent to defraud, possess or utter a forged instrument as follows: 20 forged checks from Car Quest from Regions Bank, having knowledge that said instrument was forged, in violation of 13A-9-6 of the Code of Alabama, against the peace and dignity of the State of Alabama.

The subject confessed to writing the checks and stealing the money.


        Additional Witness:
            Cpl J.W. Hall #1316, 320 N Ripley St Montgomery Alabama 36104, 334-241-2831 (Case Agent)

---

I   make   this   affidavit   for   the   purpose   of   securing a warrant against the said
Robert Scotz W/M   6'4   13A                    I understand that I am instituting a
criminal proceeding and cannot drop this case. I further understand that if any of the forgoing
facts are untrue, I may, in addition to any other punishment provided by law, be taxed with
court costs in this proceeding.

Sworn to and subscribed before me
this 11    day of September    2007

                                              _____
                                                    Complainant

_____                       DISTRICT ____ ____
Judge - Clerk - Magistrate

WITNESSES: (Name, Address, Telephone Number)

| EXHIBIT |
|---------|
| **8**   |

✓1) Dave Murley, 3065 Selma Hwy Montgomery Alabama 36108, 334-280-5858
  2) Bob McCort, 2635 E Millbrook Road Raleigh North Carolina 27604, 919-573-3547

```
 1          IN THE CIRCUIT COURT FOR THE COUNTY OF MONTGOMERY

 2                     FIFTEENTH JUDICIAL CIRCUIT

 3                            CRIMINAL

 4   STATE OF ALABAMA

 5   V.                              CASE NO.   CC-07-1729

 6   ROBERT JAY SCOTZ

 7

 8   REPORTER'S OFFICIAL TRANSCRIPT OF GUILTY PLEA & SENTENCING

 9   Before:

10            Hon. Truman M. Hobbs, Jr.

11   APPEARANCES:

12            For the State:

13            Azzie Taylor, Esq.

14            Deputy District Attorney

15

16            For the Defense:

17            Richard Keith, Esq.

18            Montgomery, AL

19   Also Present:

20            For General Parts, d/b/a Carquest

21            James Robert Seale

22            Montgomery, AL

23

24   Renea L. Johnston, CSR #483

25   Official Court Reporter
```

EXHIBIT

9

```
 1      (City of Montgomery, State of Alabama, March 12, 2008)
 2           THE COURT:  Robert Scotz.
 3               (Pause in the proceedings.)
 4           THE COURT:  Is this a one-count indictment?
 5           MS. TAYLOR:  Two counts:  theft, one and CPFI,
 6  two.
 7           THE COURT:  Is he going to plead to both?  What
 8  are we doing?
 9           MR. WHITE:  He is, Judge.  We're going to do
10  pretrial.  I just left that off.
11               (Pause in the Proceedings.)
12           THE COURT:  Mr. Scotz, you're going to plead
13  guilty to criminal possession of a forged instrument in
14  the second degree and theft of property in the first
15  decree; is that correct?
16           THE DEFENDANT:  Yes, sir.
17           THE COURT:  Theft of property in the first decree
18  is a B felony, and possession of forged instrument is a C
19  felony.  The B felony, you're looking at two to 20 years.
20  On the C felony, you're looking at one year to 10 years.
21  And the guidelines recommend non-prison.  But if it is a
22  prison sentence, they recommend 16 to 46 months on a
23  straight sentence and six to 12 months on a split
24  sentence.  Do you understand all of that?
25           THE DEFENDANT:  Yes, sir.
```

```
 1              THE COURT:  Is this your signature on the plea
 2   form (indicating)?
 3              THE DEFENDANT:  Yes, sir.
 4              THE COURT:  Have you read through the form?
 5              THE DEFENDANT:  Yes, sir.
 6              THE COURT:  Did you read about the rights you're
 7   giving up by pleading guilty?
 8              THE DEFENDANT:  Yes, sir.
 9              THE COURT:  Has Mr. Keith gone over the form with
10   you?
11              THE DEFENDANT:  Yes, sir.
12              THE COURT:  Did he explain to you the rights
13   you're giving up by pleading guilty?
14              THE DEFENDANT:  Yes, sir.
15              THE COURT:  Do you understand those rights?
16              THE DEFENDANT:  Yes, sir.
17              THE COURT:  Is there anything you want to ask me
18   about what's in this form or about the rights you're
19   giving up by pleading guilty?
20              THE DEFENDANT:  No, sir.
21              THE COURT:  Has anybody promised you anything in
22   order to get you to plead guilty?
23              THE DEFENDANT:  No, sir.
24              THE COURT:  Is there a plea agreement here?
25              MR. WHITE:  No, Your Honor.
```

```
 1            THE COURT:  Has anybody threatened you in order
 2   to get you to plead guilty?
 3            THE DEFENDANT:  No, sir.
 4            THE COURT:  Has anybody told you I'd go hard on
 5   you if you don't plead guilty?
 6            THE DEFENDANT:  No, sir.
 7            THE COURT:  Has anybody told you that I would go
 8   easy on you if you would plead guilty?
 9            THE DEFENDANT:  No, sir.
10            THE COURT:  Are you under the influence of drugs
11    or alcohol here today?
12            THE DEFENDANT:  No, sir.
13            THE COURT:  Reserving any issues for appeal?
14            MR. WHITE:  No, Your Honor.
15        (Defendant was sworn and testified as follows:)
16            THE COURT:  State your name.
17            THE DEFENDANT:  Robert Jay Scotz.
18            THE COURT:  And your age?
19            THE DEFENDANT:  42.
20            MS. TAYLOR:  Your Honor, State's evidence in this
21   case would be that defendant was an employee of Carquest.
22   And between the dates of February 25, 2007 and September
23   11, 2007, it had been discovered that defendant had
24   written several checks totaling an amount in excess of
25   $2,500 without Carquest permission.  He, also, had
```

```
1   possession of a forged instrument which would be check

2   number 6013 that was, actually, made out to Fedelity Bank

3   in the amount of $43,134.91.  And he confessed to all of

4   this.  And it all occurred in Montgomery county.

5            THE COURT:  Is all that correct?

6            THE DEFENDANT:  Yes, sir.

7            THE COURT:   You did write yourself some checks

8   from Carquest?

9            THE DEFENDANT:  Yes, sir.

10           THE COURT:  So you do plead guilty to criminal

11  possession of a forged instrument in the second degree and

12  theft of property in the first degree?

13           THE DEFENDANT:  Yes, sir.

14           THE COURT:  The Court accepts your plea and finds

15  the plea has been made voluntarily and intelligently and

16  with knowledge of the consequences.  I'll withhold

17  adjudication pending the outcome of Pretrial Diversion.

18           MR. WHITE:  Judge, do I need to file this

19  presentence application in the meantime or not pending

20  pretrial?

21           THE COURT:  You got me.

22           MS. TAYLOR:  Your Honor, I just want to verify

23  what the defendant's address was.  I know he was residing

24  in North Carolina at one point --

25           THE DEFENDANT:  556 North Memorial Drive,
```

6

```
1   Prattville.  The zip is 36067.

2           MS. TAYLOR:  Thank you.

3           THE DEFENDANT:  Thank you.

4           MR. WHITE:  Thank you, Your Honor, appreciate

5   it.  You have a good day.

6           THE COURT:  We need a status day.

7                (Pause in the proceedings.)

8           THE COURT: Status on June 16th to see where we

9   are on pretrial.

10          MR. SEALE:  Judge Hobbs, may I ask a question

11  please, sir?

12          THE COURT:  Yes.

13          MR. SEALE:  The pretrial diversion -- I represent

14  General Parts which is the parent company to Carquest.

15  They're going to object to this.  Do we appear at the June

16  16th status conference --

17          THE COURT:  Well, he'll make his application to

18  Pretrial Division.  The Pretrial Diversion will contact

19  the victim and ask the victim what their thoughts are.

20          MR. SEALE:  Very good.

21          THE COURT:  Your'e going to object -- It's the

22  best way to get your money back.

23          MR. SEALE:  Well, there are some extenuating

24  circumstances.

25          THE COURT:  Okay.
```

1          (This hearing was concluded on March 12, 2008.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1      (City of Montgomery, State of Alabama, June 16, 2008.)

 2           THE COURT:  Scotz, Robert Scotz.

 3                (Pause in the proceedings.)

 4           THE COURT:  So we have a theft of property,

 5   first, and a CPFI, second.

 6           MS. TAYLOR:  That's correct, Your Honor.

 7           MR. WHITE:  Yes, sir.

 8           THE COURT:  Okay.  Keith, you want a formal

 9   sentencing hearing?

10           MR. WHITE:  We waive a formal hearing, Your

11   Honor.

12           THE COURT:  Y'all want to say anything?

13           MR. WHITE:  Yes, sir.

14           Judge, the Court has reviewed the presentence

15   report for Mr. Scotz.  Apart from this offense, he's got

16   an impeccable record having served the country in the

17   military, never been in trouble before, has marriage and

18   family.  He drove down here and turned himself in on this

19   charge from North Carolina, has pled guilty to it.  He's

20   been trying to obtain employment, does have employment.

21   He's taken on his own to perform -- I think he's

22   completed more than 350 hours of community service at

23   First Baptist Church that he's taken on his own to do.

24   He's communicated with Carquest employer, try to convince

25   them that he would be a candidate for one to be accepted
```

```
1    in the Pretrial Diversion Program.  The only reason he was
2    not allowed in the program was because of the victim's
3    objection to it.  When I say, the victim objection, there
4    was a bunch of money.  However, he would like to prove to
5    the Court that he doesn't need to be locked up, that there
6    are conditions of probation that would be restrictive
7    enough to punish him and allow him the opportunity to pay
8    the victims back the money that he will be able to do.
9    And we would request the Court that he be allowed that
10   opportunity.  There are certainly plenty of lateral
11   consequences for Mr. Scotz with him becoming a felon
12   including, losing his various rights, to vote, making it
13   extremely difficult to obtain employment.  And if it was
14   two thousands dollars, Judge, I would suggest we'd be
15   putting him on probation.  I don't know what the magic
16   number is for money.  He did make some charitable
17   contributions with that money he took from the company.
18   And, otherwise, spent some on himself.  And I'd like for
19   you to hear from Mr. Scotz.
20            THE COURT:  Well, let me ask you this:  How much
21   money has he paid back?
22            MR. WHITE:  Judge, he's just now been able to get
23   employment.  He hasn't been able to get any employment
24   with the charge hanging over his head.  No one would hire
25   him --
```

```
 1              THE COURT:   -- he stole --
 2              MR. SEALE:   238,000 plus dollars, Your Honor.
 3              THE COURT:  How much has he paid back, none?
 4              MR. KEITH:  Not yet, Judge.
 5              THE DEFENDANT:  It's not 238.  Just so you know,
 6     that's a fictitious number.
 7              THE COURT:  That's a lot.
 8              THE DEFENDANT:  It is a lot, sir.
 9              MR. KEITH:  Judge, he spent up until -- He
10     remained in the county jail up until --
11              THE DEFENDANT:  February.
12              MR. KEITH:  -- up until February, gets out, tries
13     to get a job, get himself into pretrial diversion and has
14     just now been able to get a restaurant that's able to
15     train him and hire him.
16              THE DEFENDANT:  Your Honor, just so you know,
17     every job that I have tried to get, Carquest has
18     completely killed.  There was no job that I could get.  I
19     have -- The job that I have, I have done an exceptional
20     job.  And they have asked me to go into a certified,
21     trainer training with them so that I can help that company
22     go along.  I did do 350 hours here at First Baptist.  Jane
23     Ferguson is, you know--would--love to hire me and will
24     hire me just as soon as I get through with this part to
25     continue on doing that process.  I've written two letters
```

1   of apology to General Parts.  One of them I, actually, got

2   back from Bob Cort saying that I was going postal; even

3   though, my attorney and pastor both read them.  I have

4   done everything that I can do.  If it takes me a lifetime

5   to pay this money back then that's what it will be.

6           THE COURT:  What did you do with the money?

7           THE DEFENDANT:  A lot of it went for different

8   things, to help family, to help extended family, to help

9   programs at school that my daughter was in --

10          THE COURT:  What -- you say help your family --

11  what --

12          THE DEFENDANT:  Well, I had two people that had

13  medical bills that had to be paid and that needed to be

14  paid.  Some of it, as Mr. Seale will tell you, I did pay

15  off my house.  I did -- in which Carquest does have

16  $60,000 of my money which over and above pays for that.

17  So $60,000 of that has been paid back.  Of that 238,

18  they're holding an $18,000 check that never cleared.  So

19  it's 160 at this point.  And, you know, all I can do --

20  The only thing that I can tell you--or ask you--is to

21  allow me the opportunity to do the right thing.

22          The doctor that placed me on all of the

23  depressants, I was on four different depressants plus a

24  pain medication.  He no  longer can write perscriptions

25  any longer.  That has been done.  And --

```
 1                THE COURT:  So this is not your fault --

 2                THE DEFENDANT:  I am not -- No.  No.

 3                THE COURT:  It's the medication's fault.

 4                THE DEFENDANT:  It is my fault --

 5                THE COURT:  I don't care about your medications.

 6                THE DEFENDANT:  I understand.  I'm just letting

 7    you know that I am doing everything that I can do to make

 8    this right.  There's nothing more that I can do to make it

 9    right for Carquest or for anyone else.

10                THE COURT:  Okay.  What from the State?

11                MS. TAYLOR:  Your Honor, first of all, one of the

12    statements that he's made about getting another job, he's

13    essentially blaming Carquest for him not getting another

14    job.  He chose to steal this money and take this money.

15    He's, basically, saying that Carquest has killed his

16    chance of getting a job --

17                THE COURT:  I wouldn't imagine that Carquest is

18    going to give him a sterling recommendation.

19                MS. TAYLOR:  And, also, Your Honor, I would like

20    for you to hear from Mr. Spud Seale who has been more

21    involved with the case on the civil side and has shown up

22    each time to represent the victim in the case.

23                MR. SEALE:  May it please the Court, Judge Hobbs,

24    the amount that we know he wrote checks for was

25    $238,876.23.  When we found out the nature of the fraud,
```

1  there were at least one or possibly two checks out that
2  we stopped payment on.  But the amount that is missing is
3  225,880.65.
4        One of the checks that he wrote, Your Honor, was
5  to pay off his house.  He pays off the house and then
6  immediately transfers the house into his wife's name.  So
7  now that, you know, that is out of reach of General Parts.
8        We have a civil suit pending in Federal Court
9  against Mr. Scotz.  I have subpoenaed all of his bank
10 records.  He says that he's made these charitable
11 contributions.  I have no idea where the money went.  But
12 I do know that he paid off a house because he wrote the
13 check directly to the mortgage company paying off the
14 house.  I know he paid off a car because he wrote a check
15 directly to GMAC paying off the car.  Then he takes that
16 money and buys another car.  And we don't know where those
17 assets are.  We've asked for that in the federal lawsuit.
18       But, I mean, this was fraud and deception at its
19 highest.  And General Parts, d/b/a Carquest, feels that
20 Mr. Scotz needs to serve some time because of the depth of
21 his deception.
22       MR. WHITE:  Your Honor, for clarification, he
23 gave $15,000 to Prattville High School band as one of the
24 charitable contributions.
25       MR. SEALE:  Well, Your Honor, I represent the

1    Autauga County Board of Education.  And I have tried to
2    find out about what he did.  Now, I'm not -- I don't know
3    whether that's so or not.
4           THE DEFENDANT:  Your Honor, once again, I cannot
5    pay -- as Mr. Seale's says -- I cannot make this right in
6    jail.  I can make this right as long as I -- meaning,
7    giving them back their money -- that's what they're --
8           THE COURT:  Well, Mr. Scotz --
9           THE DEFENDANT:  Yes, sir.
10          THE COURT:  -- you haven't done anything.  You
11   haven't done anything to pay -- You haven't paid one dime
12   --
13          THE DEFENDANT:  -- I did not know that I could.
14   I was told --
15          THE COURT:  What do you mean, you could?  What do
16   you think they're going to do, if you send them a check,
17   they're going to turn it back over to you?
18          THE DEFENDANT:  I was told to wait to go through
19   the court.  That's what I was told, Your Honor, is to wait
20   to go through the court and for you guys to tell me what
21   to do.  And I was doing that.  I'm doing everything that
22   I was told to do.
23          MR. SEALE:  Your Honor, saying that he came back
24   and turned himself in, we had turned this matter over to
25   the police department.  And then he had a conversation

 1  with an employee of General Parts that told him that,

 2  ultimately, there would be a warrant issued for his

 3  arrest.  And I think at that time he decided to come back

 4  down here rather than be a felon on the loose.  But he was

 5  aware that we had already filed criminal charges against

 6  him--we, General Parts, had already filed criminal charges

 7  against him--with the Montgomery Police Department.

 8           THE COURT:  I'm going to sentence you to four

 9  years and order restitution in the amount $225,880.65 --

10           MS. TAYLOR:  Your Honor, I have the affidavit

11  with an additional $2,400 in travel expenses.  Mr. McCord

12  had to come from North Carolina on at least three trips.

13           THE COURT:  Give me the amount --

14           MS. TAYLOR:  The total restitution affidavit they

15  have submitted is $245,831.

16           THE COURT:  You said, an addition 2,500 --

17           MS. TAYLOR:  2,400 --

18           THE COURT:  You just went up 20,000.

19           MS. TAYLOR:  Right.  The check that -- the figure

20  that Mr. Seale has given this morning was 238 --

21           THE COURT:  He told me 225.

22           MR. SEALE:  It is 225, Your Honor.  They weren't

23  able to stop payment on one of the checks.  And that's

24  what -- The federal lawsuit is for that amount.

25           THE DEFENDANT:  May I ask which check that is

```
 1  that you cannot stop?

 2          MS. TAYLOR:  $227,400, Your Honor.

 3          THE COURT:  $227,400.

 4          MS. TAYLOR:  Yes, sir.

 5          THE DEFENDANT:  And General Parts has $60,000 of

 6  my money.

 7          THE COURT:  Is that true?

 8          MR. SEALE:  Your Honor, he has some --

 9          THE DEFENDANT:  I have --

10          MR. SEALE:  -- profit sharing plans with us.  But

11  there are, as Your Honor is well aware, there are state

12  and federal regulations against offsetting that.  I don't

13  have a federal court judgment yet.  I have talked to him

14  about making this easy, getting a federal court judgment.

15  We haven't setoff anything yet, Your Honor --

16          THE COURT:  Court cost, $50 Crime Victims'

17  Compensation Fund.

18          You can appeal the sentence if you want to.

19  We'll give you a lawyer and a transcript if you cannot

20  afford one.

21          Thank y'all.

22          MR. KEITH:  Judge, is that four years in each

23  case to run concurrent?

24          THE COURT:  Concurrent.

25          (This hearing was concluded on June 16, 2008.)
```

```
 1                    C E R T I C A T E

 2

 3   STATE OF ALABAMA

 4   COUNTY OF MONTGOMERY

 5

 6        I do hereby certify that the above and foregoing

 7   transcript of proceedings in the matter aforementioned was

 8   taken down by me in machine shorhand, and reduced to

 9   writing under my personal supervision, and that the

10   foregoing represents a true and correct transcript of the

11   proceedings upon said hearing.

12        I further certify that I am neither of counsel nor

13   related to the parties to the action, nor am I in anywise

14   interested in the result of said cause.

15

16

17                      /s/  Renea L. Johnston

18                      _____

19                      Renea L. Johnston, CSR #483

20                      Official Court Reporter

21

22

23

24

25
```

✓

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2007 001729.00
OPER: GAB                      CASE ACTION SUMMARY
PAGE:   1                       CIRCUIT  CRIMINAL                RUN DATE: 12/11/2007
=================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY
                                                                JUDGE: TMH
STATE  OF  ALABAMA                   VS       SCOTZ ROBERT JAY
CASE: CC 2007 001729.00                       615 SHEILA BLVD
                                              PRATTVILLE, AL  36066 0000
DOB: 12/20/1965          SEX: M  RACE: W  HT: 6 04   WT: 200   HR: BRO EYES: BRO
SSN: 423028896   ALIAS NAMES:
CHARGE01: THEFT OF PROP 1ST      CODE01: TOP1  LIT: THEFT OF PROP  TYP: F #: 001
CHARGE02: POSS FORGED INSTR 2N CODE02: CPF2                       TYP: F #: 001
OFFENSE DATE:                             AGENCY/OFFICER: 0030100
DATE WAR/CAP ISS:
DATE   INDICTED: 12/07/2007      DATE ARRESTED:
DATE   RELEASED:      2/15/08    DATE    FILED: 12/11/2007
BOND   AMOUNT:   $30,000.00 $5,000.00    DATE  HEARING:
                                         SURETIES:  BJ's Bail Bonds
DATE 1:                  DESC:
DATE 2: 01/14/2008       DESC: ARRG       TIME: 0000
                                          TIME: 0830 A
TRACKING NOS: GJ 2007 120018 00  /
     DEF/ATY: Wiley Hartley           TYPE:                        TYPE:

                         00000                         00000
PROSECUTOR: BROOKS ELEANOR IDELLE
         Azzie Taylor
=================================================================================
OTH CSE: GJ200712001800  CHK/TICKET NO:
COURT REPORTER:                  SID NO:                  GRAND JURY: 18
DEF STATUS: JAIL                 DEMAND:          021092860
                                                          OPER: GAB
=================================================================================
DATE        ACTIONS, JUDGEMENTS, AND NOTES
=================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 1-14-08 | Defendant arraigned. Wiley Hartley appointed as attorney. |
| | Pre-trial date 3-12-08 |
| | Trial date 3-17-08 |
| | Y/O hearing |
| | Defendant pleads not guilty  Not guilty |
| | Discovery given or not given in open court |
| | ✓  Truman Hobbs, Jr. |
| 15 Feb 08 | Order reducing D's bond to $5,000.00 |
| 12 Mar 08 | Order Allowing Application for Diversion |

EXHIBIT
10

State of Alabama
Unified Judicial System

Form C-7   Rev. 2/79

**CASE ACTION SUMMARY**
CONTINUATION

Case Number
CC _07-1729_ TMH

Style: State of Alabama v. _Robert Scott_

Page Number ____ of ____ pages

| Date | ACTIONS, JUDGEMENTS, CASE NOTES |
|------|--------------------------------|
| 3/12/08 | The Defendant comes before the Court with counsel of record. The Court on the record, fully explained to Defendant all Constitutional rights.  The Court is convinced that Defendant comes into the Court voluntarily and understands all constitutional rights.  Exhibit A is signed by Defendant and the Record affirmatively shows colloquy between the Judge and Defendant as to Defendant's full and complete understanding as to Constitutional rights and as to all the waivers that a guilty plea effects and the consequences thereof.  Upon the conclusion of said colloquy, the Court accepts the guilty plea. |
| | _CPFI 2d, TOP I_ |
| | _____ Pre-Trial Diversion |
| | W & F PENDING COMPLETION OF PRE-TRIAL |
| | CIRCUIT JUDGE |
| | _Status 6/16/08. TMH_ |

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**
**CONTINUATION**

Case Number

Form C-7   Rev. 2/79

CC- *07 - 1779* TMH

Style:  State of Alabama v. *Robert Scott*

Page Number _____ of _____ pages

| Date | ACTIONS, JUDGEMENTS, CASE NOTES |
|------|--------------------------------|
| *6/16/08*<br><br>*Recd*<br>*6-19-08*<br><br>*Coop* | Court given and considered the sentencing guidelines worksheet. Defendant and attorney Appeared for sentencing. Court asked if he/she had anything to say why sentence should not Now be pronounced, and Defendant has his/her say.<br><br>HOA Enhancements Applicable      Yes / No<br>Defendant Admits            State proves _____ priors<br><br>**IT IS ORDERED:** *All Counts*<br><br>Sentenced to ___*4*___ yrs/ split to serve _____ yrs<br>_____ reverse split postpone _____ mo/year.  Review _____<br>Concurrent *All Counts* _____ Consecutive<br>_____ To be served in Community Corrections<br><br>Suspended YES / NO. Supervised / Probation ___*2*___ years.<br>End of Split Sentence _____ years supervised probation.<br>_____ DOC to give 60 days notice prior to E.O.S.<br><br>ENHANCEMENTS:      $1000 / 2000 Enhancement Fine<br>_____ Remit portion completion of SAP<br>_____ Driver License suspended / revoked<br>_____ $100 DFS fee<br>_____ years School / _____ years Public Housing<br>_____ years Sale under 18<br><br>Boot Camp _____ SAP _____ Review upon completion – YES _____ GED<br>Work Release _____ Community Service _____ hrs.  Trash Pickup _____ hrs.<br>Maintain Employment _____ Aftercare _____ AA/NA<br>OTHER: *227, 400. 00*<br>Restitution $ ~~*227,400 $*~~ Co-Defendant(s) _____<br>Jointly and Severally liable   Crime Victim $25.00 / $50.00 ✓<br>Court Costs ✓ _____ Attorney Fees $150.00 / *N/A* _____ Fine $ _____<br>Payment $ _____ Mo/Wk  Begin _____, or ½ monies earned while at DOC.<br><br>Review/Other<br>Defendant advised right to appeal. Defendant did/did not reserve issue for appeal or to withdraw the plea. Defendant to be given credit for time served. Appeal Bond set $<br>$ _____<br><br><br>TRUMAN M. HOBBS, JR.<br>CIRCUIT COURT JUDGE |

InstrumentID: 15698
RLPY Book: 2003 Page: 8299
11/19/2003 9:01:24 AM
Autauga County , AL
Alfred Q. Booth
Judge of Probate
Recording Fee: $11.00
Taxes: $.00
Total: $11.00

Fidelity / AmSouth No. 003020020362
Commitment No. 0303186018
AUTAUGA, Alabama

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage, AmSouth Bank, an Alabama Bank, whose address is 2050 Parkway Office Circle, Birmingham, AL 35244, does hereby grant, sell, assign, transfer and convey, unto

**FIDELITY BANK, A Federally Chartered Savings Bank, with its principal office located at 100 E. English, Wichita, KS 67202**

a certain Mortgage dated **December 10, 2002** , made and executed by **Robert Jay Scotz And Elaine Scotz**, husband and wife to and in favor of AmSouth Bank given to secure payment of **$72,000.00** and maturity date **January 1, 2018** of which mortgage is of record in Book, Volume, or Liber No. **687** at Page **508** of the Official Records of **AUTAUGA** County, State of **Alabama**, together with the note(s) and obligations therein described, the money due and to become due thereon with interest, and all rights accrued to or to accrue under such mortgage.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, this the undersigned Assignor has executed this Assignment of Mortgage on this day August 1, 2003.

**AmSouth Bank**

Witness: Rebekah Thompson

Witness: Thomas A. Nelson

David Hall, Vice President

LuAnn Bowman, Assistant Vice President

STATE OF ALABAMA
COUNTY OF SHELBY

I, the undersigned Notary Public in and for said County in said State, hereby certify that David Hall and LuAnn Bowman both of AmSouth Bank, an Alabama Bank, are signed to the foregoing conveyance and who are known to me acknowledged before me on this day, that, being informed of the contents of this conveyance, they as such officers and with full authority, executed the same voluntarily for and as the act of said bank.

Given under my hand and seal this day August 1, 2003 .

This instrument prepared by
Tonya Dortch-Daniel, An Employee of
AmSouth Bank
2050 Parkway Office Circle
Birmingham, AL 35244
(800) 947-9621

Notary Public

CONSTANCE J. NELSON
Notary Public
State of Alabama at Large
Commission Expires 5-11-2007

0303186018     003020020362     AUTAUGA     AL



EXHIBIT

11

```
                                    Page 1 of 1
                              InstrumentID: 237959
                       RLPY Book: 2007 Page: 3041
                              4/2/2007 2:01:21 PM
                              Autauga County , AL
                                 Alfred Q. Booth
                                Judge of Probate
                         Recording Fee: $11.00
                                     Taxes: $.00
                                     Total: $11.00
```

Loan Number: 3020020362
SCOT2

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that Fidelity Bank a corporation organized and existing under the laws of the United States of America, having its office and place of business in the City of Wichita, county of Sedgwick and state of Kansas, does hereby certify and declare that a certain real estate mortgage in the original principal sum of $72,000.00, bearing the date of **DECEMBER 10, 2002**, made and executed by **ROBERT JAY SCOTZ AND ELAINE SCOTZ, HUSBAND AND WIFE** , of the first part to **AMSOUTH BANK** organized and existing under the laws of the State of **ALABAMA** , recorded in the Register of Deeds Office of **AUTAUGA** , in State of **ALABAMA**, on **DECEMBER 18, 2002** in Mortgage Book No. **687**, on Mortgage Page No. **508**, and assigned to Fidelity Bank property described as follows:

LOT 6 IN BLOCK 9 REPLAT OF REVISED AMENDED CORRECTION MAP OF MAP OF PRATVILLE EAST PLAT NO 2 AS THE SAME APPEARS OF RECORD IN THE OFFICE OF THE JUDGE OF PROBATE OF AUTAUGA COUNTY ALABAMA IN MAP BOOK 3, AT PAGE 139.

is, together with the debt secured thereby, fully paid, satisfied, and discharged.

IN WITNESS WHEREOF, the said Fidelity Bank, has caused its name to be signed to these presents by its Vice President thereunto duly authorized this **MARCH 22, 2007**, Fidelity Bank,

By _____
Anne Jasinski, Vice President

STATE OF Kansas, Sedgwick County, SS.

BE IT REMEMBERED, That on **MARCH 22, 2007**, the foregoing instrument was acknowledged before me by Anne Jasinski, Vice President of Fidelity Bank, and acknowledged to me that she executed the same for the purposes and consideration therein expressed, acting for and on behalf of said corporation, in her capacity as such officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal, the day and year last above written.

Notary Seal Below:

_____
Notary Public—Melissa Bonds
My commission Expires—06/20/2010

```
          MELISSA BONDS
          NOTARY PUBLIC
         STATE OF KANSAS
        My Appt. Exp. 06/20/10
```

Prepared by / Return to: CINDY ESSER          FB FORM Alabamadata. (10-97)
**FIDELITY BANK**
**PO BOX 1007**
**WICHITA KS  67201**

EXHIBIT

12

134,000.00 = 2 = 67,000.00

Page 1 of 1
InstrumentID: 243691
RLPY Book: 2007 Page: 0664
6/8/2007 2:23:49 PM
Autauga County, AL
Alfred U. Booth
Judge of Probate
Recording Fee: $11.00
Taxes: $67.00
Total: $78.00

STATE OF ALABAMA

COUNTY OF AUTAUGA

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, that in consideration of One Hundred Dollars and other good and valuable consideration to the undersigned GRANTOR (whether one or more) in hand paid by the GRANTEE herein, the receipt whereof is acknowledged, I, ROBERT JAY SCOTZ, a married man, (herein referred to as GRANTOR) do grant, bargain, sell and convey unto ELAINE FOLMAR SCOTZ (herein referred to as GRANTEE), the following described real estate situated in Autauga County, Alabama to-wit:

My undivided one-half interest in and to the following:

Lot 6, Block 9, replat of revised amended correction map of map of Prattville East Plat 2 as the same is recorded in Map Book 3 at Page 139, in the Office of the Judge of Probate of Autauga County, Alabama.

This conveyance is made subject to all easements, restrictions, and reservations of record covering the above-described property.

TO HAVE AND TO HOLD to the said GRANTEE, her heirs and assigns, forever.

And I do for myself and for my heirs, executors and administrators covenant with the said GRANTEE, her heirs and assigns, that I am lawfully seized in fee simple of said premises; that they are free from all encumbrances, unless otherwise noted above; that I have a good right to sell and convey the same as aforesaid; that I will and my heirs, executors and administrators shall warrant and defend the same to the GRANTEE, her heirs and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 4th day of June, 2007.

_Robert Jay Scotz_
ROBERT JAY SCOTZ

STATE OF _NC_

COUNTY OF _Wake_

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that ROBERT JAY SCOTZ, whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal this _4th_ day of _June_, 2007.

_Susan E. Howard_
NOTARY PUBLIC
MY COMMISSION EXPIRES: _10/27/07_

(Notary Seal: SUSAN E. HOWARD — NOTARY PUBLIC — WAKE COUNTY, N.C.)

EXHIBIT
13