IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENERAL PARTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-cv-740-MHT |
| ) | |
| ROBERT J. SCOTZ ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon of review of Plaintiff's *Motion for Summary Judgment* and the brief in support (Docs. 39-40, filed August 4, 2008), it is hereby **ORDERED** that the motion be submitted without oral argument on **September 2, 2008.**

It is further **ORDERED** that Defendant file a response which shall include a brief and evidentiary materials on or before **August 25, 2008**. Plaintiff may file a reply brief on or before **September 2, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 4th day of August, 2008.

                        /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE