IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


GENERAL PARTS, INC.,          )
                              )
       Plaintiff,             )
                              )        CIVIL ACTION NO.
       v.                     )         2:07cv740-MHT
                              )             (WO)
ROBERT J. SCOTZ,              )
                              )
       Defendant.             )

JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

    (1) Defendant Robert J. Scotz's objections (Doc. No.
43) are overruled.

    (2) The United States Magistrate Judge's
recommendation (Doc. No. 42) is adopted.

    (3) Plaintiff General Parts, Inc.'s motion for
summary judgment (Doc. No. 39) is granted.

(4) Judgment is entered in favor of plaintiff General Parts, Inc. and against defendant Scotz.

(5) It is DECLARED that one-half interest in the property at 615 Shelia Boulevard in Prattville, Alabama is set aside as fraudulently transferred.

(6) Plaintiff General Parts, Inc. shall have and recover from defendant Scotz the sum of $ 220,422.80.

It is further ORDERED that costs are taxed against defendant Scotz, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of October, 2007.


     /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE